**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:  NEELAM TANEJA,

        Debtor,

Case No.:  16-bk-12356-jlg

Chapter 13

Adversary Proceeding
No.:  17-ap-01027-jlg

## INDEX TO EXHIBITS

| **Exhibit** | **Description** | **Pages** |
|---|---|---|
| 1. | Motion to Dismiss or, Alternately, To Strike Appellant's Brief filed June 21, 2016, in Neelam Uppal v. The Health Law Firm, Fla. Fifth Dist. Ct. of App., Case No. 5D16-180 | |
| 2. | Motion for Attorney's Fees and Sanctions filed June 22, 2016, in Neelam Uppal v. The Health Law Firm, Fla. Fifth Dist. Ct. of App., Case No. 5D16-180 | |
| 3. | Notice of Attorney's Fees LIen filed and recorded against Debtor Uppal on February 2, 2013 | |
| 4. | Docket Report (Certified), Neelam Uppal v. The Health Law Firm, Florida Supreme Court, Case No. SC16-2037 | |
| 5. | Order of Florida Supreme Court, dated March 1, 2017, denying Neelam Taneja Uppal's Petition for Writ of Mandamus in Case No. SC16-2037 | |
| 6. | Order of Florida Supreme Court, dated March 17, 2017, denying Neelam Taneja Uppal's Motion for Re-consideration [sic] as unauthorized, in Case No. SC16-2037 | |
| 7. | Affidavit of George F. Indest III, President, The Health Law Firm, P.A. | |

S:\Collections\1516-Uppal, Neelam, MD\006\Pleadings-Drafts\Exhibit Index-Motion Summary Judgment.wpd