# Exhibit "3"

THLF-114

```
KEN BURKE, CLERK OF COURT
AND COMPTROLLER PINELLAS COUNTY, FL
INST# 2013045324 02/07/2013 at 02:06 PM
OFF REC BK: 17883 PG: 436-437
DocType:LN RECORDING: $18.50
```

COUNTY OF PINELLAS    )
STATE OF FLORIDA      )

## NOTICE OF LIEN

FILED BY (LIENOR):    The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, Florida 32714

TO (LIENEE):    Neelam Y. Uppal, M.D.
5840 Park Boulevard
Pinellas Park, Florida 33781

AMOUNT:    $18,118.82

**YOU ARE HEREBY NOTIFIED** that George F. Indest III, Esquire ("Mr. Indest"), an attorney licensed to practice law in the State of Florida, claims a lien on behalf of The Health Law Firm, 1101 Douglas Avenue, Altamonte Springs, Seminole County, Florida 32714 (the "Firm"), on all property owned by the Lienee in the State of Florida, as well as documents, papers, files, property or monies in its possession belonging to the Lienee. A contract signed by the Lienee granted a lien on all of her property in the State of Florida. There is a lien by operation of contract on property in its possession by virtue of the legal work performed by the firm and not paid for by the Lienee. The lien arose in connection with a contract outlining the Firm's representation of the Lienee.

The property on which this claim is based may be described as follows: all papers, documents, pleadings, property, monies, recoveries, and files of the Lienee in the Firms's possession, as well as any retainer fees or monies which the Firm may hold or which may come into its possession, as well as any and all other property owned by the Lienee in the State of Florida.

The legal work the Firm and its attorneys was retained to perform was to be performed in Altamonte Springs, Seminole County, Florida.

Lienee maintains her office, residence or business at the address listed above.

This claim is for fees and costs in the amount of $18,118.82, plus interest. To date, Lienee has failed to pay any part of the above sum owed to the Firm.

## VERIFICATION

I am the attorney at law named above. I have read the above notice and am familiar with its contents. At all times relevant to this notice, I was and have been licensed to practice law in the State of Florida. To the best of my knowledge, the contents of this notice are true.

*George F. Indest*
GEORGE F. INDEST III, ESQUIRE
THE HEALTH LAW FIRM

DATED: February __2__ 2013.

THLF-115

## NOTARIZATION

The foregoing instrument was sworn to and subscribed before me this ___2nd___ day of February 2013, by George F. Indest III, who is personally known to me.



_Rebecca Horn_
(Notary Signature)

_Rebecca Horn_
(Notary Name Printed)

(NOTARY SEAL)    NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. mail, postage prepaid, to: Neelam Y. Uppal, M.D., 5840 Park Boulevard, Pinellas Park, Florida 33781, on this ___2nd___ day of February, 2013.

_George F. Indest III_
GEORGE F. INDEST III, ESQUIRE
Certified by The Florida Bar in Health Law
Florida Bar No.: 382426
Primary E-mail: GIndest@TheHealthLawFirm.com
Secondary E-mail: CourtFilings@TheHealthLawFirm.com
**DANIELLE M. MURRAY, ESQUIRE**
Florida Bar No.: 88755
Primary E-mail: DMurray@TheHealthLawFirm.com
Secondary E-mail: CourtFilings@TheHealthLawFirm.com
THE HEALTH LAW FIRM
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFF**
**THE HEALTH LAW FIRM**

GFI/rh
S:\Collections\1516\003\Documents-We Prepared\Notice of Lien-Pinellas.wpd

THLF-116