# Exhibit "4"

# Florida Supreme Court
## Docket Report

Page 1 of 2

**SC16-2037    NEELAM UPPAL vs THE HEALTH LAW FIRM**

| Type | Date | Description |
|---|---|---|
| **Petition** | 11/07/2016 | PETITION-MANDAMUS |
| | | Filed by: PS NEELAM UPPAL BY: PS NEELAM UPPAL |
| | Notes: | FILED AS "NOTICE TO APPEAL FOR WRIT OF CERTIORARI" & TREATED AS A PETITION - MANDAMUS |
| **Order** | 11/10/2016 | ORDER-FILING FEE DUE |
| | | Ordered by: Clerk |
| | Notes: | The jurisdiction of this Court was invoked by the filing of a Petition for Writ of Mandamus; however, said petition was not accompanied by the $300.00 filing fee or a proper motion for leave to proceed in forma pauperis as required by Florida Rule of Appellate Procedure 9.100(b). The filing fee is due and payable at the time of filing the petition. Petitioner is allowed to and including December 12, 2016, in which to submit the filing fee or a proper motion for leave to proceed in forma pauperis that complies with sections 57.081 and 57.082, Florida Statutes (2013). The petition will not be submitted to the Court until receipt of the above. Failure to submit the filing fee or the above referenced document to this Court could result in the imposition of sanctions, including dismissal of the petition.<br>Please understand that once this case is dismissed, it is not subject to reinstatement. |
| **Letter** | 11/10/2016 | ACKNOWLEDGMENT LETTER-NEW CASE |
| | | Filed by: SC SUPREME COURT FLORIDA FSC BY: SC SUPREME COURT FLORIDA FSC |
| | Notes: | |
| **Order** | 11/10/2016 | ORDER-PROPER PETITION (DCA REINSTATEMENT) |
| | | Ordered by: Clerk |
| | Notes: | Petitioner's Notice to Appeal for Writ of Certiorari, filed in this Court on November 7, 2016, has been treated as a petition for writ of mandamus seeking reinstatement of the proceedings in the district court of appeal below.<br>Petitioner is allowed to and including November 30, 2016, in which to file a proper petition for writ of mandamus, that complies with Florida Rule of Appellate Procedure 9.100, addressing why the proceedings in the district court of appeal should not have been dismissed.<br>The failure to file, within the time provided, a proper petition addressing why the proceedings in the district court of appeal should not have been dismissed could result in the dismissal of this case. See Fla. R. App. P. 9.410. |
| **Petition** | 11/29/2016 | PROPER PETITION |
| | | Filed by: PS NEELAM UPPAL BY: PS NEELAM UPPAL |

**THLF-118**

## Florida Supreme Court
## Docket Report

Page 2 of 2

**SC16-2037**   NEELAM UPPAL vs THE HEALTH LAW FIRM

| Type | Date | Description |
|---|---|---|
| | **Notes:** | FILED AS "PETITION FOR WRIT OF MANDAMUS TO THE SUPREME OF THE STATE OF FLORIDA" |
| Petition | 11/29/2016 | APPENDIX-PETITION |
| | **Filed by:** | PS NEELAM UPPAL BY: PS NEELAM UPPAL |
| | **Notes:** | TO PROPER PETITION |
| Petition | 11/29/2016 | APPENDIX-PETITION |
| | **Filed by:** | PS NEELAM UPPAL BY: PS NEELAM UPPAL |
| | **Notes:** | TO PROPER PETITION |
| Event | 12/05/2016 | Fee Paid In Full - $300 |
| | **Filed by:** | |
| | **Notes:** | |
| Receipt | 12/05/2016 | Filing Fee $300 |
| | **Receipt #:** | 2016 - 1027225   Amount: $300 |
| | **Notes:** | |
| Disposition | 03/01/2017 | DISP-MANDAMUS DY |
| | **Manner:** | Order by Judge |
| | **Notes:** | Because petitioner has failed to show a clear legal right to the relief requested, she is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is hereby denied. See Huffman v. State, 813 So. 2d 10, 11 (Fla. 2000). No rehearing will be entertained by this Court. |
| Letter | 03/03/2017 | LETTER |
| | **Filed by:** | RS THE HEALTH LAW FIRM BY: RS GEORGE F. INDEST, III 382426 |
| | **Notes:** | DATED 02/27/2017, REQUESTING A CERTIFIED COPY OF CASE DOCKET |

A True Copy
Attest:
John A. Tomasino, Clerk
Supreme Court of Florida
By _____
Deputy Clerk

**THLF-119**