# Exhibit "5"

Filing # 53115129 E-Filed 03/01/2017 09:29:23 AM

# Supreme Court of Florida

WEDNESDAY, MARCH 1, 2017

CASE NO.: SC16-2037
Lower Tribunal No(s).:
5D16-180;
592013CA0037900000XX

| NEELAM UPPAL | vs. | THE HEALTH LAW FIRM |
|---|---|---|
| Petitioner(s) | | Respondent(s) |

Because petitioner has failed to show a clear legal right to the relief requested, she is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is hereby denied. See Huffman v. State, 813 So. 2d 10, 11 (Fla. 2000). No rehearing will be entertained by this Court.

PARIENTE, QUINCE, CANADY, POLSTON, and LAWSON, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

ca
Served:

GEORGE F. INDEST, III
NEELAM UPPAL
HON. GRANT MALOY, CLERK
HON. JOANNE P. SIMMONS, CLERK