# Exhibit "7"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    Case No.: 16-bk-12356-jlg
In re:
                                                                Chapter 13
NEELAM TANEJA,

        Debtor,

vs.
                                                                Adversary Proceeding No.: 17-ap-01027-jlg
THE HEALTH LAW FIRM,
                                                                **Affidavit**
        Creditor.
-----------------------------------------------------------x

## AFFIDAVIT OF GEORGE F. INDEST III

### PRESIDENT & MANAGING PARTNER, THE HEALTH LAW FIRM, P.A.

I, George F. Indest III, having been duly sworn, do hereby depose and state:

1. My name is George F. Indest III. I am the President and Managing Partner of The Health Law Firm, P.A., which was formerly known as George F. Indest III, P.A.-The Health Law Firm. It is a Florida professional service corporation and a law firm. It is the creditor of Neelam Taneja Uppal, a/k/a Neelam Taneja.

2. I am an attorney at law, and a member of the bars of Florida, Louisiana and the District of Columbia. I have practiced law for over 35 years.

3. I am personally familiar with the facts of the Debtor's case.

4. I, individually am owed no money by Debtor, Neelam Taneja Uppal, and I am not one of her creditors. The Health Law Firm is. I have not individually filed a claim in these proceedings and I am not individually a party to these proceedings.

### History of Debtor's Debt to the Health Law Firm:

5. Debtor Neelam Taneja Uppal was a medical doctor licensed to practice medicine in the state of Florida. She had complaints filed against her medical license and she retained The Health Law Firm to represent her in one of those cases in June 2012.

Page 1 of 5

**THLF-125**

6. After The Health Law Firm took over the first case and represented her in an administrative hearing before the Florida Board of Medicine, she attempted to convince The Health Law Firm to represent her in other similar complaints filed against her, without paying any additional fees. When the firm made it clear that she would have to pay additional retainer fees for her additional cases, she refused to pay the attorney's fees and costs that she had already incurred. This all happened between June and December 2012.

7. The Health Law Firm has been attempting to collect the overdue fees and costs she owes the firm ever since then.

8. On October 23, 2013, this firm filed suit against Debtor Neelam Taneja Uppal in the Florida Circuit Court for the Eighteenth Judicial Circuit, Seminole County, Florida (which had jurisdiction), to collect the unpaid amounts she owed.

9. In the court proceedings, Debtor Uppal appeared and claimed to be a resident of Pinellas County, Florida.

10. In the state court proceedings, Debtor Neelam Taneja Uppal, acting pro se, filed pleadings, motions, verified documents, legal briefs, and aggressively litigated the matter, appearing at hearings and arguing her case.

11. Debtor Neelam Taneja Uppal raised the issues of alleged false claims being made against her by this firm, false billings, fraudulent bills for legal services, false time entries, misconduct of counsel, and numerous other similar issues, in the state court action. The Court rejected her defenses and arguments and, on December 22, 2015, the Florida Circuit Court entered a Final Judgment against Debtor Neelam Taneja Uppal.

12. Debtor Neelam Taneja Uppal, then filed various motions for reconsideration, rehearing, to vacate the judgment, etc. (as she apparently does in every case in which she is a party) with the trial court. These were denied.

13. In the litigation in the lower court, Debtor used the name "Neelam T. Uppal" as she did in the appeals.

14. Debtor Neelam Taneja Uppal appealed the Final Judgment through the Florida Appellate Court system, filing an appeal in January 2016 with the Florida Fifth District Court of Appeal.

15. At any time that Debtor Neelam Taneja Uppal had a stay in place because of her bankruptcy filings, this firm ceased any action against her and did not attempt to collect the debt she owed. This is one reason the state court case took so long to complete through Final Judgment.

THLF-126

16. In the appellate action that Debtor Neelam Taneja Uppal filed in the Florida Fifth District Court of Appeal she raised similar issues to those set forth in paragraph 11 of this Affidavit above in her appellate filings.

17. Debtor Neelam Taneja Uppal failed to file any notice of any kind in her pending appeal with the with the Florida Fifth District Court of Appeal that she had filed for bankruptcy in New York using the name "Neelam Taneja."

18. Regardless, the last motion filed by this firm in the appellate case had been filed on July 22, 2016, before the August 15, 2016 automatic stay went into place in the present case.

19. During the course of the collections litigation against Debtor Neelam Taneja Uppal, I became aware of the numerous other cases she had been involved in, both inside Florida and outside Florida, as a pro se litigator. I also became aware of the number of bankruptcies which she had filed, at least the last three here in Florida resulting in no discharge of her debts being granted.

20. One of the reasons that Debtor Neelam Taneja Uppal's Final Judgment amount grew so much is that she does undertake frivolous, dilatory, meritless litigation in her cases and did so in this case, adding a great amount of additional attorney's fees and costs to the amount she owes.

21. My review of other state court cases here in Florida which involved her as a pro se party, showed similar tactics by her. She routinely files unfounded motions and responses accusing the parties and their counsel of fraud, false pleadings and misconduct. She routinely files court documents accusing the attorneys (even her own) of false billings and fraudulent time entries. She routinely files motions for reconsideration and rehearings, even when there are no grounds and even when the court has ordered her not to. She routinely appeals the judgments and decisions entered against her even when she has no right to do so or no grounds to appeal. Her purpose appears to always be to delay and confuse as much as possible.

22. Neither I nor anyone else in The Health Law Firm has violated the automatic stay.

**Specifically Addressing the Current Adversarial Filing:**

23. I have carefully examined the Adversary Proceeding Complaint/Pleading filed by Debtor Neelam Taneja Uppal in the present case and following are my statements with regard to it.

24. There have been no false claims submitted or made by The Health Law Firm or any of its attorneys. There have been no violation of the False Claims Act by The Health Law Firm or any of its attorneys. There have been no false filings made by The Health Law Firm or any of

Page 3 of 5

**THLF-127**

its attorneys. Such claims were raised in the state court action by the Debtor and rejected by the courts.

25. In paragraph 12 on the second page of her pleading, Debtor alleges that she had her (note: Debtor actually referred to herself as "his") "account debited without any prior authorization." This is a totally false statement. No account of the Debtor's has been "debited" by this Creditor.

26. In paragraph 17, amended in her handwriting at the top of the fourth page of her pleading, Debtor states: "A Writ of Mandamus was issued by Florida Supreme Court." This is a totally false statement. No such Writ was ever issued by the Florida Supreme Court.

27. In the first paragraph at the top of the fourth page of her pleading, and her paragraphs 17-19 (although largely indecipherable), Debtor Neelam Taneja Uppal has made handwritten comments apparently alleging that Creditor filed pleadings in one of her appellate cases while the automatic stay was in place. This is not true.

28. In paragraph 22 on the fourth page of her pleading, Debtor Neelam Taneja Uppal alleges that Defendant [Creditor] has violated "the False Claims Act." This is not true.

29. In paragraph 26 on the fifth page of her pleading, Debtor Neelam Taneja Uppal states: "Defendant [referring to this Creditor] has . . . collected a debt." This statement is totally false. This Creditor has collected no part of the debt owed by Debtor Neelam Taneja Uppal from the trial court's Final Judgment in the case, nor any attorney's fees, costs or sanctions imposed against her by any court.

30. In her paragraph "b)" on the sixth page of her pleading, Debtor Neelam Taneja Uppal states: "The Creditor is charging $10,000.00 for his attorney's fees for one court appearance." This statement is false.

31. In her paragraph "d)" on the sixth page of her pleading, Debtor Neelam Taneja Uppal falsely alleges that there have been "funds taken from him [sic] by Defendant." There have been no funds of any kind taken from Debtor Neelam Taneja Uppal, since the litigation began in 2013.

32. Debtor's pleading fails to request any relief from this Creditor/Defendant. Instead at the bottom of the sixth page Debtor prays for relief as follows:

> Since actions taken in violation of the automatic stay are void, the court is urged to find
>
> Regions bank [sic] in violation of the automatic stay and damages should be awarded to Plaintiff [sic].

Page 4 of 5

**THLF-128**

33. I am over 18 years of age, of sound mind and competent to make this affidavit. I have personal knowledge of the matters stated herein.

**AND FURTHER THIS AFFIANT SAYETH NOT.**

_____
GEORGE F. INDEST III

**STATE OF FLORIDA    )**
                                        )
**COUNTY OF SEMINOLE )**

### NOTARIZATION

BEFORE ME, the undersigned authority, personally appeared GEORGE F. INDEST III, as President of The Health Law Firm, who is personally known to me, after first being duly sworn, did subscribe his name to the forgoing and did state that the foregoing is true, having taken an oath.

SWORN/AFFIRMED TO AND SUBSCRIBED before me this 20th day of March 2017.



SHELLY M. ESTES
Commission # FF 222261
Expires July 16, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

(SEAL)

_____
SIGNATURE OF NOTARY PUBLIC

_____
TYPED/PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC - STATE OF FLORIDA
AT LARGE

GFI/gi    S:\Collections\1516-Uppal, Neelam, MD\006\Pleadings-Drafts\Affidavit-Indest-Final.wpd