**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Uppal v. Health Law Firm et al     CASE NO.: 17–01027–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 0

---

## Notice of Time Change for Hearing

Please take notice that the hearing for any and all matters scheduled in the adversary proceeding will take place at 10:15 AM on June 1, 2017 at Courtroom 621, 1 Bowling Green, NY, NY 10004.


Dated: May 12, 2017                             Vito Genna
                                                Clerk of the Court