# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: rliell | Date Created: 5/12/2017 |
| Case: 17−01027−cgm | Form ID: 143 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Neelam Uppal        1370 Broadway        #504        New York, NY 10018

TOTAL: 1