# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Uppal v. Health Law Firm et al | CASE NO.: 17–01027–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER:  0 |

---

## Notice of Time Change for Hearing

Please take notice that the hearing for any and all matters scheduled in the adversary proceeding will take place at 10:15 AM on June 1, 2017 at Courtroom 621, 1 Bowling Green, NY, NY 10004.

Dated: May 12, 2017                                           Vito Genna
                                                              Clerk of the Court

United States Bankruptcy Court
Southern District of New York

Uppal,
    Plaintiff

Adv. Proc. No. 17-01027-cgm

Health Law Firm,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1    User: rliell    Page 1 of 1    Date Rcvd: May 12, 2017
                Form ID: 143    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
pla    +Neelam Uppal,   1370 Broadway,   #504,   New York, NY 10018-7350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
      George F. Indest, III    on behalf of Defendant    Health Law Firm courtfilings@thehealthlawfirm.com
                         TOTAL: 1