**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re: | **Adversary Proceeding No.:** |
| | **17-ap-01027-cgm** |
| NEELAM TANEJA, | |
| | Chapter 13 Case No.: |
| Debtor/Plaintiff, | 16-bk-12356-cgm |
| vs. | |
| THE HEALTH LAW FIRM, | |
| | **Motion to Take Judicial Notice** |
| Creditor/Defendant. | |

### INDEX TO MOTION EXHIBITS

**Exhibit**   **Description**

1. Trustee's Status Report, filed March 21, 2017, in re: Neelam Taneja, Debtor, Bankr. S.D. N.Y., Case No. 16-12356-JLG

2. Order Deeming Claim Objections Withdrawn Without Prejudice, filed April 24, 2017, in re: Neelam Taneja, Debtor, Bankr. S.D. N.Y., Case No. 16-12356-JLG

3. Notice of Objection and Objection to the Proof of Claim, filed February 1, 2017, in re: Neelam Taneja, Debtor, Bankr. S.D. N.Y., Case No. 16-12356-JLG

4. Letter from Arlene Gordon-Oliver, Esquire, to the Honorable Cecelia G. Morris, dated May 18, 2017, in re: Neelam Taneja, Debtor, Bankr. S.D. N.Y., Case No. 16-12356-CGM

5. Opposition of Nationstar Mortgage LLC to Debtor's Motion for Continuation of the Automatic Stay of January 13, 2017 (Doc. No. 77 in main Bankruptcy Case)

6. Creditor The Health Law Firm's Verified Opposition to Debtor Neelam Taneja's "Motion for Sanction Willful Violation of Stay [sic]" of December 15, 2016 (Doc. No. 64 in main Bankruptcy Case)

7. Opposition of Nationstar Mortgage LLC to 1) Debtor's Motion for Sanctions due Violations of teh Automatic Stay, etc. dated December to Continuation of the Automatic Stay of December 29, 2016 (Doc. No. 65 in main Bankruptcy Case)