Hearing Date: April 6, 2017
Time: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE:                                                Chapter 13
                                                      Case No. 16-12356 JLG
NEELAM TANEJA,
                                                      **TRUSTEE'S STATUS REPORT**

                    Debtor
---------------------------------x

The Standing Chapter 13 Trustee for the Southern District of New York, Jeffrey L. Sapir, by Jody L. Kava, Esq. submits this as a Status Report regarding the abovenamed debtor, Neelam Taneja ("Debtor").

1.  This petition was filed on August 15, 2016. The §341(a) meeting of creditors was held and closed.
2.  As this Court is aware, there are many issues preventing confirmation of this case.
3.  Apparently, at the heart of the issue, is the debtor's attempt to save property, both residential and investment in Florida.
4.  The history of the litigation reaches back to at least 2000 when the debtor filed bankruptcy in the Middle District of Florida. Three subsequent cases were filed in 2012 (12-18946), 2013 (13-05601) and 2015 (15-00594).
5.  ⟶ [There is no automatic stay in place.] ⟵
6.  ⟶ Pursuant to the claims filed, the debtor is ineligible for chapter 13.
7.  Objections to claims have been filed with hearings scheduled for March 22, 2017 at 2:00 P.M.
8.  The debtor is now represented by Arlene Gordon0Oliver, Esq. who has met with the debtor a number of times and will certainly provide the debtor with the guidance needed.
9.  The debtor's plan calls for monthly payments of $2,155.63 for 60 months. The debtor is one payment in arrears. The plan is incorrect and has never been served.
10. The debtor is a self-employed physician but has failed to file business operating statements.
11. ⟶ The trustee will be moving to dismiss this case.

Dated: White Plains, New York
       March 21, 2017            /s/ Jody L. Kava, Esq.
                                 **Jody L. Kava, Esq.**
                                 **Law Offices of Jeffrey L. Sapir, Esq. (JLS 0938)**
                                 **Chapter 13 Trustee**
                                 **399 Knollwood Road #102**
                                 **White Plains, New York 10603**
                                 **Chapter 13 Tel. No. 914-328-6333**



EXHIBIT 1