UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                                         CASE NO.: 16-12356-jlg

Neelam Taneja a/k/a Neelam Uppal,                              CHAPTER 13

                        Debtor.                                Hon. Judge: James L. Garrity, Jr.
-------------------------------------------------------x

## ORDER DEEMING CLAIM
## OBJECTIONS WITHDRAWN WITHOUT PREJUDICE

The debtor, Neelam Taneja a/k/a Neelam Uppal's ("Debtor") having filed eight objections to claims, shown on the docket as ECF entries 96, 97, 98, 99, 100, 101, 102, and 103 ("Objections"), and a hearing having been held on March 22, 2017, and the Debtor having agreed to withdraw the Objections, without prejudice, it is hereby

**ORDERED**, that the following ECF docket entries are to be marked withdrawn, 96, 97, 98, 99, 100, 101, 102 and 103.

Dated: New York, New York
       April 21, 2017                         /s/ James L. Garrity, Jr.
                                              _____
                                              HONORABLE JAMES L. GARRITY, JR.
                                              UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 2