## UNITED STATES BANKRUPTCY COURT OF APPEALS
### SOUTHERN DISTRICT OF NEW YORK

In Re:

    Neelam T. Uppal,         Case No.:16-12356-jlg
        Debtor.                 Chapter: 13

v.

George Qudest
Healthlaw firm
_____/



**NOTICE OF OBJECTION**

PLEASE TAKE NOTICE, that upon application Debtor neelam taneja shall move this Court for a motion/Objection states grounds as stated in the attached AFFIDAVIT.

This motion / Objection shall be heard at the United States bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York-10004 on __3|2|__ 2017 at __2__ p.m.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served on the party proposing the action or order so as to be received at least 7 days prior to the date set for the hearing.



EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:
    Neelam Taneja                          Case No.: 16-12356-jlg
    Debtor.                             Chapter: 13

_____/

## OBJECTION TO THE PROOF OF CLAIM

COMES NOW, NEELAM UPPAL,M.D.,Debtor, Files objection to proof of claim by

_____;

**and states grounds as follows:**

**1. Debtor,** requests dismissal of the claim.

2. There are adversarial proceedings Pending.

3. ~~The creditor was is in violation of automatic stay~~

4. The debtor was not served with the proof of claim.

4. The claim is Fraudulant. Florida statute allows for triple the damages as compensation

WHEREFORE, Debtor respectfully requests this Court to set this matter for hearing &

to consider the entry of an order granting this Objection , and granting such other and

further relief as to this Court is deemed proper and just.


DECLARATION

The undersigned Debtor named in the foregoing Motion herby makes solemn oath that

the statements and figures contained herein are true and correct to the best of the Debtors knowledge, information and belief.

Date: 1/31/17

_____
Neelam T. Uppal

Respectfully submitted ~~on this 28-th day of May 2014.~~

_____
Debtor
**NEELAM UPPAL, Pro se.**
*7352 Sawgrass pt. Dr*
***PINELLAS PARK, FL-33782***
*PH.- (727)-403-0022*

Dated _____. 2017

*[signature]*

NEELAM UPPAL, PRO, SE
*1370 Broadway, # 504*
*New York, NY -10018*
*PH. - (646)-740-9141*
*E-mail-*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served

by

on 3¹ day of Jan, 2017 to:

TO: ~~all~~ Creditor via email or USPS mail

George Indeep
Douglas Ave
1101. Altamonte Springs, FL