# Arlene Gordon-Oliver & Associates, PLLC.
### Attorneys at Law

ARLENE GORDON-OLIVER, ESQ.
AGO@GORDONOLIVERLAW.COM

199 MAIN STREET, SUITE 203
WHITE PLAINS, NEW YORK 10601
(914) 683-9750
Fax: (914) 683-9754
WWW.GORDONOLIVERLAW.COM

May 18, 2017

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, New York 10004
Attn: Tracy Mercado, Chapter 13 Specialist

       **In re: Neelam Taneja Chapter 13**
         **Case No. 16-12356(CGM)**

Dear Judge Morris:

    This shall serve as a status report of all matters scheduled before the Court on June 1, 2017.

    As the Court is aware, the Debtor filed a *pro se* Chapter 13 petition and also commenced various Adversary Proceedings, *pro se*, in her Chapter 13 case.

    The Debtor recently retained this firm to assist her in the prosecution of her Chapter 13 case. This firm will only represent the Debtor with respect to the general bankruptcy matters including, issues relating the amendment of her Schedules of Assets and Liabilities and Statement of Financial Affairs and her Chapter 13 Plan, Loss Mitigation and objections to Claims, if necessary and well founded in fact and law.

    This firm has had several meetings with the Debtor in an effort to review the Debtor's Chapter 13 case in order to properly analyze the pending proceeding. However, the Debtor still needs to provide this firm with the necessary documents from her files to complete a proper review.

    The Debtor has determined that she will be withdrawing the Adversary Proceedings against Nationstar and Wells Fargo. However, the Debtor has advised this firm that she will be proceeding, *pro se*, with respect to the remaining Adversary Proceedings against Health Law Firm, Los Palmos Condominium Association and Charlene Rodriguez.

    If you should have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,

/s/ Arlene Gordon-Oliver

Arlene Gordon-Oliver



EXHIBIT 4