UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | **Adversary Proceeding No.:**<br>**17-ap-01027-cgm** |
| NEELAM TANEJA, | Chapter 13 Case No.: |
| Debtor/Plaintiff, | 16-bk-12356-cgm |
| vs. | |
| THE HEALTH LAW FIRM, | **Notice of Hearing** |
| Creditor/Defendant. | |

-------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will call up for hearing before the Honorable Cecelia G. Morris the following:

1. Creditor/Defendants The Health Law Firm's and George Indest's Motion for Judicial Notice and Request for Admission of Documents filed May 22, 2017. (Doc. No. 7).

2. Creditor/Defendant's The Health Law Firm's and George Indest's Motion for Summary Judgment and Alternate Motion to Dismiss Neelam Taneja's Adversary Proceeding, filed March 20, 2017. (Doc. No. 3). (Note: already on calendar.)

    **JUDGE:**    Honorable Cecelia G. Morris

    **DATE:**    **June 1, 2017**

    **TIME:**    **10:15 a.m.**

    **LOCATION:**  **United States Bankruptcy Court**
                         **Courtroom 621**
                         **1 Bowling Green**
                         **New York, New York 10004**

This notice is being filed pursuant to the Order entered on May 12, 2017, that all matters be considered at the scheduled hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this adversary proceeding, including Debtor Neelam Taneja Uppal (pro se). I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following: Bankruptcy Trustee Jeffrey L. Sapir, Esquire/Jody L. Kava, Esquire, at 399 Knollwood Road, Suite 102, White Plains, New York 10603, and electronically at info@sapirch13tr.com; I have also served a copy of the foregoing via U.S. mail, postage prepaid, to Debtor Neelam Taneja Uppal (pro se); on this 24th day of May 2017.

/s/ George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
(Admitted Pro Hac Vice)
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR CREDITOR/DEFENDANT,
THE HEALTH LAW FIRM, P.A.**

Courtesy Copy:

Hon. Cecelia G. Morris

GFI/tmS:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Drafts\Notice of Hearing.wpd