**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                            **Adversary Proceeding No.:**
                                                  **17-ap-01027-cgm**

      NEELAM TANEJA,

          Debtor/Plaintiff,          Chapter 13 Case No.:
                                                  16-bk-12356-cgm

vs.

      THE HEALTH LAW FIRM,

                                                  **Second Motion for Judicial Notice**

          Creditor/Defendant.
_____

## INDEX TO EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| 1. | The Status report filed by Debtor's counsel Arlene Gordon-Oliver, Esquire, on April 25, 2017, S.D. N.Y., Case No. 16-12356-JLG |
| 2. | Creditor's/Defendant's Objection and Reply in Opposition to Debtor/Plaintiff Neelam Taneja Uppal's Request for Adjournment and Request for Other Relief, filed on April 25, 2017, S.D. N.Y., Case No. 16-12356 |
| 3. | Debtor Neelam Taneja Uppal's Notice of Writ of Certoriari [sic] to the U.S. Supreme Court, served on April 20, 2017, S.D. N.Y., Case No. 16-12356 |