## Arlene Gordon-Oliver & Associates, PLLC.
### Attorneys at Law

ARLENE GORDON-OLIVER, ESQ.
AGO@GORDONOLIVERLAW.COM

199 MAIN STREET, SUITE 203
WHITE PLAINS, NEW YORK 10601
(914) 683-9750
FAX: (914) 683-9754
WWW.GORDONOLIVERLAW.COM

April 25, 2017

Honorable James L. Garrity
United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, New York 10004

    **In Re: Neelam Taneja Chapter 13**
    <u>**Case No. 16-12356(JLG)**</u>

**Dear Judge Garrity:**

    This shall serve as a status report and a request for an adjournment of all matters scheduled before the Court on May 4, 2017.

    Shortly after the last hearing, the Debtor was admitted to the hospital where she remained for several weeks and was in fact unconscious during a portion of her stay in the hospital. The Debtor was recently released and is meeting today to provide the documents necessary to review of the pending matters.

    Accordingly, I have not had an opportunity to complete my review of the documents relative to the proceedings and request time to do so.

    If you should have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,

<u>/s/ Arlene Gordon-Oliver</u>

Arlene Gordon-Oliver



EXHIBIT 1