17-01027-cgm   Doc 9-4   Filed 05/27/17   Entered 05/27/17 17:54:16   Exhibit Ex 3 -
Debtor Uppals Notice for Writ of Certoriari [sic]   Pg 1 of 3
16-12356-jlg   Doc 153-1   Filed 04/25/17   Entered 04/25/17 16:52:08   Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [   Pg 1 of 3

# U. S. SUPREME COURT
## WASHINGTON, DC

STATE COURT NO.: SC2016-2037
APPEAL CASE NO:- 2D16-180
L.T. No.:-   :13-CA-3790-15- K

**NEELAM T. UPPAL, et al**

    **Appellant / Defendant**

V.

**HEALTHAW FIRM**

    **Appellee/ Plaintiff**

_____/

## NOTICE OF WRIT OF CERTORIARI

1. NOTICE IS HEREBY GIVEN that the defendant Neelam Uppal,

appeals from the Final judgment order of Judge Thomas Minkoff for denial of

recusal and foreclosure sale

entered in this proceeding

on the 1/4/2016 and 1/7/ 2016 and all prior orders as Writ of Certiorari in 90 days



17-01027-cgm    Doc 9-4    Filed 05/27/17    Entered 05/27/17 17:54:16    Exhibit Ex 3 -
Debtor Uppals Notice for Writ of Certoriari [sic]    Pg 2 of 3
16-12356-jlg    Doc 153-1    Filed 04/25/17    Entered 04/25/17 16:52:08    Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [    Pg 2 of 3

**NEELAM UPPAL, PRO, SE**
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served by

1. on ___2 0___ day of ___April___, 2017 to:
2. Health law firm, George Indest, 1101 Douglas Ave, Altamonte springs, FL

**NEELAM UPPAL, PRO, SE**
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

17-01027-cgm   Doc 9-4   Filed 05/27/17   Entered 05/27/17 17:54:16   Exhibit Ex 3 -
Debtor Uppals Notice for Writ of Certoriari [sic]   Pg 3 of 3
16-12356-jlg   Doc 153-1   Filed 04/25/17   Entered 04/25/17 16:52:08   Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [   Pg 3 of 3



N. Uppal
P.O. Box 1002
Largo, FL 33779

TAMPA FL 336
[postmark]

To Health Law firm
1101 Douglas Ave
Altamonte Springs, FL 32714

32714-203901

RECEIVED
APR 24 2017
BY: