**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:

      NEELAM TANEJA,

          Debtor/Plaintiff,

vs.

      THE HEALTH LAW FIRM,

          Creditor/Defendant.

**Adversary Proceeding No.:**
**17-ap-01027-cgm**

Chapter 13 Case No.:
16-bk-12356-cgm

**Motion to Take Judicial Notice**

## INDEX TO MOTION EXHIBITS

**Ex #**    **Description**

1. Summons and Verified Complaint in the case showing that suit in Florida trial court was suit for unpaid attorneys fees and costs Debtor Neelam Taneja Uppal owed The Health Law Firm filed on October 24, 2013, in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.

2. Debtor Neelam Taneja Uppal's Motion to Dismiss the Complaint filed December 2, 2013, in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.

3. Debtor Neelam Taneja Uppal's Answer and Objections to Plaintiff's Objection filed on filed Jul 4, 2014, in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.

4. Debtor Neelam Taneja Uppal's Objections to Plaintiff's Motion for Summary Judgment [sic] filed on filed September 22, 2014, in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.

5. Notice of Filing on June 17, 2015, of Order of Bankruptcy Court dated June 3, 2015, Granting Trustee's Motion to Dismiss, in U.S. Bankruptcy Court, Middle Dist. Fla., <u>In re: Neelam Taneja Uppal, Debtor</u>, Case No.: 8:15-bk-594-CPM6/17/2015, filed in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.

6. Final Judgment entered against Debtor/Defendant Neelam Taneja Uppal on December 22, 2015, in <u>The Health Law Firm v. Neelam Taneja Uppal, etc.</u>, Case No. 13-CA-3790-15-K, 18th Jud. Cir. Ct., Seminole Cty., Fla.