IN THE CIRCUIT COURT OF EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

THE HEALTHLAWFIRM,
GEORGE INDEST

Case No.: 13-CA-3790-15-K

v.

**NEELAM UPPA**

_____ /

### ANSWER &  OBJECTION TO PLAINTIFF's Objection

**COMES NOW, NEELAM UPPAL,M.D.,Defendant, Files Objection to the Motion
filed by Mr. George Indest objecting motion to dismiss  for 'Lack of Jurisdiction'
and states grounds as follows:**

**1. Defendant,** Objects as Objection filed by plaintiff constitutes Perjury under Florida
Statutes

2. The Plaintiff knew about Bankruptcy and that it was dismissed because the debt limit
was above the Chaper 13 as Per USC 11.

3. Defendant's home in Pinellas park is not vacant.

4. Mr. Indest is conspiring with other other adversarial attorney in an unrelated matter of
'Landlord-tenant' dispute . This is unethical practice of Law. However, his Conspiracy
confirms that the Jurisdiction is Pinellas County. See attached

5. Mr. Indest has filed frauduant bills and caused  severe harm to  the Debtor, blocked the
business of the Defendant's , interfered with It. He filed liens and foreclosure.

EXHIBIT
3

6. Defendant contends that this court lacks Jurisdiction, the plaintiff confirms this in his

motion by presenting his conspiracy with another ongoing case in Pinellas County.

WHEREFORE, Defendant respectfully requests this Court to dismiss. this matter for

lack of Jurisdiction and granting such other and further relief as to this Court is deemed

proper and just.


DECLARATION

 The undersigned Defendant states that the statements and figures contained herein are

true and correct to the best of  her knowledge, information and belief.


Date:


_____

Neelam T. Uppal


Respectfully submitted on this 4th day of July, 2014.


_____

Debtor

*NEELAM UPPAL, Pro se.*
*7352 Sawgrass pt. Dr*
*PINELLAS PARK, FL-33782*

# REGISTER OF ACTIONS
## CASE NO. 10-004509-SC

| | |
|---|---|
| CHARLENE RODRIGUEZ vs. NEELAM TANEIA UPPAL | § § § § § § § |

| | |
|---|---|
| Case Type: | **SMALL CLAIMS** |
| Date Filed: | **08/30/2010** |
| Location: | **Section 45** |
| Judicial Officer: | **HESSINGER, KATHLEEN T** |
| UNIFORM CASE NUMBER: | **522010SC004509XXSCSC** |

---

## RELATED CASE INFORMATION

**Related Cases**
13-000074-AP (APPEAL)
13-000082-AP (APPEAL)

---

## PARTY INFORMATION

**Attorneys**

**APPELLANT**  **UPPAL, NEELAM**
PO BOX 1002
LARGO, FL 33779

**APPELLEE**  **RODRIGUEZ, CHARLENE**

**DEFENDANT**  **UPPAL, NEELAM TANEIA**
PO BOX 1002
LARGO, FL 33779

**GARNISHEE**  **BANK OF AMERICA**
C/O MICHELLE SAKSA BRANCH
MANAGER
5100 PARK BLVD
PINELLAS PARK, FL 33781

**ANA M JHONES**
*Retained*
HALEY AND JHONES P A
1500 SAN REMO AVE
SUITE 222
CORAL GABLES, FL 33146

305-661-4637(W)

**ANA DIAZ NOA**
*Retained*
THE NOA LAW FIRM PA
P O BOX 941958
MIAMI, FL 33194

305-559-9620(W)

**PLAINTIFF**  **RODRIGUEZ, CHARLENE**

**G BARRY WILKINSON**
*Retained*
696 FIRST AVE N STE 201
ST PETERSBURG, FL 33701

727-823-1514(W)

**FINANCIAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| | **ATTORNEY WILKINSON, G BARRY** | | | |
| | Total Financial Assessment | | | 86.50 |
| | Total Payments and Credits | | | 86.50 |
| | Balance Due as of 07/05/2014 | | | 0.00 |
| 01/25/2013 | Transaction Assessment | | | 86.50 |
| 01/25/2013 | Counter Payment | Receipt # CVCLW-2013-06952 | WILKINSON, G BARRY | (86.50) |
| | | | | |
| | **DEFENDANT UPPAL, NEELAM TANEIA** | | | |
| | Total Financial Assessment | | | 577.00 |
| | Total Payments and Credits | | | 288.00 |
| | Balance Due as of 07/05/2014 | | | 289.00 |
| 11/08/2013 | Transaction Assessment | | | 284.00 |
| 12/17/2013 | Transaction Assessment | | | 286.00 |
| 12/17/2013 | Counter Payment | Receipt # CV-2013-94518 | UPPAL, NEELAM TANEIA | (281.00) |
| 02/03/2014 | Transaction Assessment | | | 5.00 |
| 02/03/2014 | Counter Payment | Receipt # CV-2014-06203 | UPPAL, NEELAM TANEIA | (5.00) |
| 02/11/2014 | Transaction Assessment | | | 2.00 |
| 02/11/2014 | Counter Payment | Receipt # CV-2014-08064 | UPPAL, NEELAM TANEIA | (2.00) |
| | | | | |
| | **PLAINTIFF RODRIGUEZ, CHARLENE** | | | |
| | Total Financial Assessment | | | 177.00 |
| | Total Payments and Credits | | | 177.00 |
| | Balance Due as of 07/05/2014 | | | 0.00 |
| 01/09/2013 | Transaction Assessment | | | 85.00 |
| 01/15/2013 | Mail Payment | Receipt # CVCLW-2013-03752 | WILKINSON, G BARRY | (85.00) |
| 01/23/2013 | Transaction Assessment | | | 1.00 |
| 01/23/2013 | Mail Payment | Receipt # CVCLW-2013-06107 | WILKERSON AND SADORF | (1.00) |
| 02/12/2013 | Transaction Assessment | | | 6.00 |
| 02/12/2013 | Counter Payment | Receipt # CVCLW-2013-12109 | G BARRY WILKINSON | (6.00) |
| 10/31/2013 | Transaction Assessment | | | 85.00 |
| 10/31/2013 | Counter Payment | Receipt # CV-2013-85316 | RODRIGUEZ, CHARLENE | (85.00) |

## CERTIFICATION:

The aforesaid pleadings have been served to   *George Dudert*

*.l9.  uppal*

Neelam Uppal, M.D,. Pro se

PO Box 1002,

Largo, FL-33779

727-403-0022

email: nneelu123@aol.com

