FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT

15 DEC 22 AM 9:48

BY_____
SEMINOLE CO. FLA
D.C.

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT IN AND
FOR SEMINOLE COUNTY, FLORIDA

THE HEALTH LAW FIRM,

    Plaintiff,

v.                                                          CASE NO: 13-CA-3790-15-K

NEELAM T. UPPAL, M.D.,
a/k/a NEELAM TANEJA, M.D.,
a/k/a NEELAM T. TANEJA-UPPAL, M.D.,
a/k/a NEELAM UPPAL TANEJA, M.D.,
a/k/a NEELAM TANEJA UPPAL, M.D.,

    Defendant.
_____/

## FINAL JUDGMENT

This matter came before this Court on Plaintiff's Motion for Entry of Final Judgment After Summary Judgment against Defendant, Neelam T. Uppal, M.D., an order having previously been entered by the Court against her. The Court, having reviewed the Verified Complaint, the affidavits and documents in the Court's file, and the affidavits and documents attached to the Plaintiff's Motion for Entry of Final Judgment After Summary Judgment hereby finds in favor of Plaintiff against Defendant, Neelam T. Uppal, M.D., as follows:

**EXHIBIT 6**

Page 1 of 4



CERTIFIED COPY – MARYANNE MORSE
CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
SEMINOLE COUNTY, FLORIDA
BY _____ 10/22/15 DEPUTY CLERK

**THE COURT FINDS** Summary Judgment was granted by this Court in favor of Plaintiff, against Defendant on December 2, 2014.

**IT IS ADJUDGED** that Plaintiff, George F. Indest III, P.A.-The Health Law Firm, d/b/a The Health Law Firm, 1101 Douglas Avenue, Altamonte Springs, Seminole County, Florida 32714, recover from Defendant, Neelam T. Uppal, M.D., a/k/a Neelam Taneja, M.D., a/k/a Neelam T. Taneja-Uppal, M.D., a/k/a Neelam Uppal Taneja, M.D., Neelam Taneja Uppal, M.D., 7352 Sawgrass Point Drive, Pinellas Park, Pinellas County, Florida 33782, the principal sum owed of $27,705.77, as of December 8, 2014.

**IT IS ADJUDGED** that the pre-judgment interest at the daily rate of $9.109 per day, from June 26, 2014, to December 8, 2015 (based on the default rate specified in the contract between the parties of twelve percent (12%) a year), or the sum of $4,763.87, is owed as prejudgment interest.

**IT IS FURTHER ADJUDGED**, pursuant to the contract between the parties, Plaintiff is also entitled to its collections attorney's fees in the amount of $22,151.00 and collections costs of $1,205.70, for a sum of $23,356.70 as incurred through December 8, 2014, which the Court finds to be fair and reasonable.

**IT IS FURTHER ADJUDGED**, the Court, having reserved jurisdiction in its Order Granting Summary Judgment dated December 2, 2014, Plaintiff having produced additional evidence of its collections costs and fees from December 9, 2014, through December 1, 2015, finds that Plaintiff has incurred additional attorney's fees for collections in the amount of $4,752.50, which the Court finds to be fair and reasonable, through December 1, 2015.

IT IS FURTHER ADJUDGED, the total judgment is $60,578.87 in favor of Plaintiff, The Health Law Firm, 1101 Douglas Avenue, Altamonte Springs, Seminole County, Florida 32714, against Defendant, Neelam T. Uppal, M.D., a/k/a Neelam Taneja, M.D., a/k/a Neelam T. Taneja-Uppal, M.D., a/k/a Neelam Uppal Taneja, M.D., Neelam Taneja Uppal, M.D., 7352 Sawgrass Point Drive, Pinellas Park, Pinellas County, Florida 33782, which shall bear interest at the default rate specified in the contract between the parties of twelve percent (12%) a year, together with any additional attorney's fees and costs for collection of the same (pursuant to the contract between the parties),

IT IS FURTHER ADJUDGED, that all pending Motions of Objections are denied.

IT IS FURTHER ADJUDGED, since the underlying matter involved licensure matters and matters affecting the right of the Defendant to receive and retain Medicare and Medicaid payments, and to participate in the Medicare or Medicaid Programs, the judgement lien in this matter shall attach to and may be executed against any outstanding Medicare and Medicaid payments due to Defendant,

**FOR WHICH LET EXECUTION ISSUE.**

IT IS FURTHER ORDERED, that Defendant, Neelam T. Uppal, M.D., a/k/a Neelam Taneja, M.D., a/k/a Neelam T. Taneja-Uppal, M.D., a/k/a Neelam Uppal Taneja, M.D., Neelam Taneja Uppal, M.D., 7352 Sawgrass Point Drive, Pinellas Park, Pinellas County, Florida 33782, shall complete and serve the Fact Information Sheet required by Rule 1.977, Florida Rules of Civil Procedure, filing the required notice with the Clerk of Court within 45 days.

ORDERED in chambers/open court, at Sanford, Seminole County, Florida, on this 22 day of December 2015.

*JESSICA J. RECKSIEDLER*
CIRCUIT COURT JUDGE

## CERTIFICATE OF SERVICE OF CONFORMED COPIES

I HEREBY CERTIFY that a conformed copy of the foregoing was served via hand delivery/ U.S. mail, postage prepaid, to: George F. Indest III, Esquire (Attorney for Plaintiff), The Health Law Firm, 1101 Douglas Avenue, Altamonte Springs, Florida 32714; and via hand delivery / U.S. mail, postage prepaid, to: Neelam T. Uppal, M.D., 7352 Sawgrass Point Drive, Pinellas Park, Florida 33782; this 22nd day of December 2015.

George F. Indest III
JUDICIAL ASSISTANT/ATTORNEY
Fla. Bar No. 582426

Attachment: Fact Information Sheet (Rule 1.977, Fla. R. Civ. Proc.)

GFI/ms
S:\Collections\1516\003\Pleadings-Drafts\Final Judgment-After Default-rev.wpd