**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x   Case No.: 16-bk-12356-jlg

In re:  NEELAM TANEJA,

                Debtor,

Chapter 13

**Adversary Proceeding**
**No.:  17-ap-01027-jlg**

## INDEX TO MOTION EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1. | Motion to Dismiss or, Alternately, To Strike Appellant's Brief filed June 21, 2016, in <u>Neelam Uppal v. The Health Law Firm</u>, Fla. Fifth Dist. Ct. of App., Case No. 5D16-180 | THLF 001 to 076 |
| 2. | Motion for Attorney's Fees and Sanctions filed June 22, 2016, in <u>Neelam Uppal v. The Health Law Firm</u>, Fla. Fifth Dist. Ct. of App., Case No. 5D16-180 | THLF 077 to 113 |
| 3. | Notice of Attorney's Fees Lien filed and recorded against Debtor Uppal on February 2, 2013 | THLF 114 to 116 |
| 4. | Docket Report, <u>Neelam Uppal v. The Health Law Firm</u>, Florida Supreme Court, Case No. SC16-2037 | THLF 117 to 119 |
| 5. | Order of Florida Supreme Court, dated March 1, 2017, denying Neelam Taneja Uppal's Petition for Writ of Mandamus in Case No. SC16-2037 | THLF 120 to 121 |
| 6. | Order of Florida Supreme Court, dated March 17, 2017, denying Neelam Taneja Uppal's Motion for Re-consideration [sic] as unauthorized, in Case No. SC16-2037 | THLF 122 to 123 |
| 7. | List of Debtor Neelam Taneja Uppal's bankruptcy filings | THLF 124 to 127 |
| 8. | Documents on Debtor Neelam Taneja Uppal's Adversary Proceedings filed in Bankruptcy Cases (excerpts) | THLF 128 to 147 |
| 9. | Arlene Gordon-Oliver, Esquire, Letter of April 25, 2017, Counsel for Debtor (Doc. No. 152) | THLF 148 to 151 |
| 10. | Debtor Neelam Taneja Uppal's "Notice of Writ of Certoriari [sic]" filed with U.S. Supreme Court dated April 20, 2017 | THLF 152 to 155 |