# Exhibit "4"

**THLF-117**

# 𝔉𝔩𝔬𝔯𝔦𝔡𝔞 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔠𝔬𝔲𝔯𝔱    Page  1  of  2
## Docket Report

**SC16-2037    NEELAM UPPAL vs THE HEALTH LAW FIRM**

| Type | Date | Description |
|------|------|-------------|
| **Petition** | 11/07/2016 PETITION-MANDAMUS | |

      **Filed by:** PS NEELAM  UPPAL  BY: PS NEELAM  UPPAL

**Notes:** FILED AS "NOTICE TO APPEAL FOR WRIT OF CERTIORARI" & TREATED AS A PETITION - MANDAMUS

| **Order** | 11/10/2016 ORDER-FILING FEE DUE | |

      **Ordered by:** Clerk

**Notes:** The jurisdiction of this Court was invoked by the filing of a Petition for Writ of Mandamus; however, said petition was not accompanied by the $300.00 filing fee or a proper motion for leave to proceed in forma pauperis as required by Florida Rule of Appellate Procedure 9.100(b).  The filing fee is due and payable at the time of filing the petition.  Petitioner is allowed to and including December 12, 2016, in which to submit the filing fee or a proper motion for leave to proceed in forma pauperis that complies with sections 57.081 and 57.082, Florida Statutes (2013).  The petition will not be submitted to the Court until receipt of the above.  Failure to submit the filing fee or the above referenced document to this Court could result in the imposition of sanctions, including dismissal of the petition.
 Please understand that once this case is dismissed, it is not subject to reinstatement.

| **Letter** | 11/10/2016 ACKNOWLEDGMENT LETTER-NEW CASE | |

      **Filed by:** SC SUPREME COURT  FLORIDA FSC BY: SC SUPREME COURT  FLORIDA FSC

**Notes:**

| **Order** | 11/10/2016 ORDER-PROPER PETITION (DCA REINSTATEMENT) | |

      **Ordered by:** Clerk

**Notes:** Petitioner's Notice to Appeal for Writ of Certiorari, filed in this Court on November 7, 2016, has been treated as a petition for writ of mandamus seeking reinstatement of the proceedings in the district court of appeal below.
Petitioner is allowed to and including November 30, 2016, in which to file a proper petition for writ of mandamus, that complies with Florida Rule of Appellate Procedure 9.100, addressing why the proceedings in the district court of appeal should not have been dismissed.
The failure to file, within the time provided, a proper petition addressing why the proceedings in the district court of appeal should not have been dismissed could result in the dismissal of this case.  See Fla. R. App. P.  9.410.

| **Petition** | 11/29/2016 PROPER PETITION | |

      **Filed by:** PS NEELAM  UPPAL  BY: PS NEELAM  UPPAL

**THLF-118**

# Florida Supreme Court

Page 2 of 2

## Docket Report

**SC16-2037    NEELAM UPPAL vs THE HEALTH LAW FIRM**

| Type | Date | Description |
|---|---|---|

**Notes:** FILED AS "PETITION FOR WRIT OF MANDAMUS TO THE SUPREME OF THE STATE OF FLORIDA"

**Petition**    11/29/2016 APPENDIX-PETITION

    **Filed by:** PS NEELAM UPPAL  BY: PS NEELAM UPPAL

**Notes:** TO PROPER PETITION

**Petition**    11/29/2016 APPENDIX-PETITION

    **Filed by:** PS NEELAM UPPAL  BY: PS NEELAM UPPAL

**Notes:** TO PROPER PETITION

**Event**    12/05/2016 Fee Paid In Full - $300

    **Filed by:**

**Notes:**

**Receipt**    12/05/2016 Filing Fee $300

    **Receipt #:** 2016 - 1027225    Amount: $300

**Notes:**

**Disposition**    03/01/2017 DISP-MANDAMUS DY

    **Manner:** Order by Judge

**Notes:** Because petitioner has failed to show a clear legal right to the relief requested, she is not entitled to mandamus relief.  Accordingly, the petition for writ of mandamus is hereby denied.  See Huffman v. State, 813 So. 2d 10, 11 (Fla. 2000).  No rehearing will be entertained by this Court.

**Letter**    03/03/2017 LETTER

    **Filed by:** RS THE HEALTH LAW FIRM  BY: RS GEORGE F. INDEST, III 382426

**Notes:** DATED 02/27/2017, REQUESTING A CERTIFIED COPY OF CASE DOCKET

A True Copy
Attest
John A. Tomasino, Clerk
Supreme Court of Florida
By _____
Deputy Clerk

**THLF-119**