# Exhibit "5"

**THLF-120**

Filing # 53115129 E-Filed 03/01/2017 09:29:23 AM

# Supreme Court of Florida

WEDNESDAY, MARCH 1, 2017

**CASE NO.: SC16-2037**
Lower Tribunal No(s).:
5D16-180;
592013CA0037900000XX

NEELAM UPPAL                vs.        THE HEALTH LAW FIRM

Petitioner(s)                                Respondent(s)

Because petitioner has failed to show a clear legal right to the relief requested, she is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is hereby denied. See Huffman v. State, 813 So. 2d 10, 11 (Fla. 2000). No rehearing will be entertained by this Court.

PARIENTE, QUINCE, CANADY, POLSTON, and LAWSON, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

ca
Served:

GEORGE F. INDEST, III
NEELAM UPPAL
HON. GRANT MALOY, CLERK
HON. JOANNE P. SIMMONS, CLERK

**THLF-121**