# Exhibit "6"

**THLF-122**

Filing # 53856488 E-Filed 03/17/2017 08:30:54 AM

# Supreme Court of Florida

### FRIDAY, MARCH 17, 2017

**CASE NO.: SC16-2037**
Lower Tribunal No(s).:
5D16-180;
592013CA0037900000XX

NEELAM UPPAL             vs.    THE HEALTH LAW FIRM

Petitioner(s)                              Respondent(s)

The "Motion for Re-Consideration" has been treated as a motion for rehearing. Pursuant to this Court's order dated March 1, 2017, the motion for rehearing is hereby stricken as unauthorized.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

ca
Served:

GEORGE F. INDEST, III
NEELAM UPPAL
HON. GRANT MALOY, CLERK
HON. JOANNE P. SIMMONS, CLERK

**THLF-123**