# EXHIBIT "7"

THLF-124

PACER Case Locator - View                                                                                      Page 1 of 1



**Browse Aloud**

**Bankruptcy Party Search**
Mon Mar 20 14:13:51 2017
19 records found

User: gindest3
Client: Uppal
Search: Bankruptcy Party Search Name Uppal, Neelam All Courts Page: 1

| Party Name | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Uppal, Neelam T. (pla) | flmbke | 8:13-ap-00130 |  | 02/07/2013 | 05/28/2013 | Other 05/07/2013 |
| 2 Uppal, Neelam T. (db) | flmbke | 8:12-bk-18946 | 13 | 12/19/2012 | 07/03/2013 | Dismissed for Failure to File Information 01/11/2013 |
| 3 Uppal, Neelam (pla) | nysbke | 1:17-ap-01030 |  | 02/23/2017 |  |  |
| 4 Uppal, Neelam (pla) | nysbke | 1:17-ap-01027 |  | 02/16/2017 |  |  |
| 5 Uppal, Neelam T. (db) | flmbke | 8:13-bk-05601 | 13 | 04/29/2013 |  | Dismissed for Other Reason 09/17/2013 |
| 6 Uppal, Neelam T. (pla) | flmbke | 8:15-ap-00213 |  | 02/18/2015 | 03/22/2016 | Dismissed or Settled Without Entry of Judgment |
| 7 Uppal, Neelam (pla) | nysbke | 1:17-ap-01028 |  | 02/16/2017 |  |  |
| 8 Uppal, Neelam (pla) | nysbke | 1:17-ap-01025 |  | 02/16/2017 |  |  |
| 9 Uppal, Neelam (db) | nysbke | 1:16-bk-12356 | 13 | 08/15/2016 |  |  |
| 10 Uppal, Neelam (pla) | njbke | 3:98-ap-03300 |  | 06/15/1998 | 11/02/2001 | Dismissed or Settled Without Entry of Judgment |
| 11 Uppal, Neelam (pla) | nysbke | 1:17-ap-01026 |  | 02/16/2017 |  |  |
| 12 Uppal, Neelam (pla) | flmbke | 8:02-ap-00157 |  | 02/28/2002 | 10/18/2002 | Dismissed for Want of Prosecution |
| 13 Uppal, Neelam (db) | flmbke | 8:00-bk-09734 | 13 | 06/21/2000 | 01/26/2004 | Standard Discharge 07/21/2003 |
| 14 Uppal, Neelam Taneja (db) | flmbke | 8:13-bk-05601 | 13 | 04/29/2013 |  | Dismissed for Other Reason 09/17/2013 |
| 15 Uppal, Neelam (db) | nysbke | 1:16-bk-12356 | 13 | 08/15/2016 |  |  |
| 16 Uppal, Neelam (cr) | njbke | 3:98-bk-31540 | 11 | 02/06/1998 | 11/02/2001 | Discharge Not Applicable |
| 17 Uppal, Neelam (db) | flmbke | 8:15-bk-00594 | 13 | 01/22/2015 | 03/22/2016 | Dismissed for Other Reason 09/01/2015 |
| 18 Uppal, Neelam (intp) | flmbke | 8:13-bk-05601 | 13 | 04/29/2013 |  | Dismissed for Other Reason 09/17/2013 |
| 19 Uppal, Neelam (dft) | flmbke | 8:00-ap-00481 |  | 08/07/2000 | 11/14/2003 | Other |

Receipt 03/20/2017 14:13:51 272735179

User gindest3
Client Uppal
Description Bankruptcy Party Search
Name Uppal, Neelam All Courts Page: 1
Pages 1 ($0.10)

THLF-125

Middle District of Florida Live Database

Page 1 of 2

# Select a Case

There were 7 matching persons.
There were 10 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Uppal, Neelam (pty) (3 cases) | 8:00-ap-00481-TEB | Paras v. Uppal | *Lead BK:* 8:00-bk-09734-TEB Neelam Uppal | 08/07/00 | Defendant | 11/14/03 |
| | 8:00-bk-09734-TEB | Neelam Uppal | 13 | 06/21/00 | Debtor | 01/26/04 |
| | 8:02-ap-00157-TEB | Uppal v. Paras | *Lead BK:* 8:00-bk-09734-TEB Neelam Uppal | 02/28/02 | Plaintiff | 10/18/02 |
| Uppal, Neelam (pty) (1 case) | 8:15-bk-00594-CPM | Neelam Taneja | 13 | 01/22/15 | Debtor | 03/22/16 |
| Uppal, Neelam (pty) (1 case) | 8:13-bk-05601-CPM | Neelam T. Uppal | 13 | 04/29/13 | Interested Party | N / A |
| Uppal, Neelam T. (pty) (1 case) | 8:13-bk-05601-CPM | Neelam T. Uppal | 13 | 04/29/13 | Debtor | N / A |
| Uppal, Neelam T. (pty) (1 case) | 8:15-ap-00213-CPM | Uppal v. Wells Fargo | *Lead BK:* 8:15-bk-00594-CPM Neelam Taneja | 02/18/15 | Plaintiff | 03/22/16 |
| Uppal, Neelam T. (pty) (1 case) | 8:12-bk-18946-CPM | Neelam T. Uppal | 13 | 12/19/12 | Debtor | 07/03/13 |

https://ecf.flmb.uscourts.gov/cgi-bin/iquery.pl?1113782532152636-L_1_0-1    3/20/2017

THLF-126

Middle District of Florida Live Database                                                                      Page 2 of 2

Uppal, Neelam T.
(pty)
(2 cases)

| | 8:13-ap-00130-CPM | Uppal v. Rodriquez et al | Lead BK: 8:12-bk-18946-CPM Neelam T. Uppal | 02/07/13 | Plaintiff | 05/28/13 |

Uppal, Neelam Taneja (pty)
(1 case)

| | 8:13-bk-05601-CPM | Neelam T. Uppal | 13 | | 04/29/13 | Debtor | N/A |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/20/2017 15:35:03 | | |
| PACER Login: | Gindest3:2798098:0 | Client Code: | Uppal |
| Description: | Search | Search Criteria: | LName: Uppal FName: Neelam Type: pty |
| Billable Pages: | 1 | Cost: | 0.10 |

https://ecf.flmb.uscourts.gov/cgi-bin/iquery.pl?1113782532152636-L_1_0-1                             3/20/2017

**THLF-127**