# Exhibit "9"

THLF-148

## Arlene Gordon-Oliver & Associates, PLLC.
*Attorneys at Law*

ARLENE GORDON-OLIVER, ESQ.  
AGO@GORDONOLIVERLAW.COM

199 MAIN STREET, SUITE 203  
WHITE PLAINS, NEW YORK 10601  
(914) 683-9750  
FAX: (914) 683-9754  
WWW.GORDONOLIVERLAW.COM

April 25, 2017

Honorable James L. Garrity  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green,  
New York, New York 10004

**In Re: Neelam Taneja Chapter 13**  
**Case No. 16-12356(JLG)**

Dear Judge Garrity:

This shall serve as a status report and a request for an adjournment of all matters scheduled before the Court on May 4, 2017.

Shortly after the last hearing, the Debtor was admitted to the hospital where she remained for several weeks and was in fact unconscious during a portion of her stay in the hospital. The Debtor was recently released and is meeting today to provide the documents necessary to review of the pending matters.

Accordingly, I have not had an opportunity to complete my review of the documents relative to the proceedings and request time to do so.

If you should have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,

/s/ Arlene Gordon-Oliver

Arlene Gordon-Oliver

# Christopher Holdorf

| | |
|---|---|
| **From:** | nysbinfo@nysb.uscourts.gov |
| **Sent:** | Tuesday, April 25, 2017 10:58 AM |
| **To:** | courtmail@nysb.uscourts.gov |
| **Subject:** | 16-12356-jlg Status Report |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Processed |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.


U.S. Bankruptcy Court
Southern District of New York

Notice of Electronic Filing
The following transaction was received from Arlene Gordon-Oliver entered on 4/25/2017 at 10:58 AM  and filed on 4/25/2017


Case Name: Neelam Taneja
Case Number: 16-12356-jlg https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?268625

Document Number: 152
Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nysb.uscourts.gov/doc1/126017390350?pdf_header=&magic_num=77466333&de_seq_num=462&caseid=268625



Docket Text:
 Status Report <i></i>  Filed by  Arlene  Gordon-Oliver  on behalf of  Neelam  Taneja.  (Gordon-Oliver, Arlene)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: S:\docs\clients\Taneja, Neelam\Status Report 4.25.17.pdf  Electronic document Stamp:
 [STAMP NYSBStamp_ID=842906028 [Date=4/25/2017] [FileNumber=16063933-0]
[271fb3229b48538770001cf37919fdc7d776e5d10ddc660b73c613965741db2e7fbda6c71768c3d501647027e92534d94f303d89e418b4d75b5d0c07e5ade6f6]]

**THLF-150**

16-12356-jlg Notice will be electronically mailed to:
Jenelle C Arnold on behalf of Creditor   Nationstar Mortgage LLC
bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com

Arlene  Gordon-Oliver on behalf of Debtor Neelam  Taneja ago@gordonoliverlaw.com

Robert W. Griswold on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1
rgriswold@logs.com, NYBKCourt@logs.com

Katherine  Heidbrink on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1
kheidbrink@logs.com, nybkcourt@logs.com

George F. Indest, III on behalf of Defendant   Health Law Firm
courtfilings@thehealthlawfirm.com

Colin M. Linsenman on behalf of Defendant   Las Palmas Condominium Association, et al
colin@cmllawoffice.com

Jeffrey L. Sapir-13
info@sapirch13tr.com

Nicole E. Schiavo on behalf of Creditor   Wells Fargo Bank, N.A.
nicole.schiavo@hoganlovells.com, marie.ferrara@hoganlovells.com

Karen  Sheehan on behalf of Creditor   Wells Fargo Bank, N.A.
ksheehan@flwlaw.com, jspiegelman@flwlaw.com;plamberti@flwlaw.com

Maria A. Tsagaris on behalf of Creditor   Nationstar Mortgage LLC
BankruptcyECFMail@mccallaraymer.com

George Barry Wilkinson on behalf of Attorney G. Barry Wilkinson gbarryw@tampabay.rr.com, mfoster21@tampabay.rr.com


16-12356-jlg Notice will not be electronically mailed to:
George F. Indest, III on behalf of Unknown   The Health Law Firm
The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, FL 32714

 Pinellas County Tax Collector
PO Box 4006
Seminole, FL 33775-4006

 United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

2

**THLF-151**