# EXHIBIT "10"

THLF-152

17-01027-cgm    Doc 11-11    Filed 05/30/17    Entered 05/30/17 16:01:34    Exhibit Ex 10
Pg 2 of 4

16-12356-jlg    Doc 153-1    Filed 04/25/17    Entered 04/25/17 16:52:08    Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [    Pg 1 of 3

# U. S. SUPREME COURT
# WASHINGTON, DC

STATE COURT NO.: SC2016-2037
APPEAL CASE NO:- 2D16-180
L.T. No.:-   :13-CA-3790-15- K

**NEELAM T. UPPAL, et al**

    **Appellant / Defendant**

**V.**

**HEALTHAW FIRM**

    **Appellee/ Plaintiff**

_____/

## NOTICE OF WRIT OF CERTORIARI

1. NOTICE IS HEREBY GIVEN that the defendant Neelam Uppal,

appeals from the Final judgment order of Judge Thomas Minkoff for denial of

recusal and foreclosure sale

entered in this proceeding

on the 1/4/2016 and 1/7/ 2016 and all prior orders as Writ of Certiorari in 90 days

17-01027-cgm    Doc 11-11    Filed 05/30/17    Entered 05/30/17 16:01:34    Exhibit Ex 10
Pg 3 of 4

16-12356-jlg    Doc 153-1    Filed 04/25/17    Entered 04/25/17 16:52:08    Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [    Pg 2 of 3

NEELAM UPPAL, PRO, SE
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

1. on __20__ day of __April__, 2017 to:
2. Health law firm, George Indest, 1101 Douglas Ave, Altamonte springs, FL

_____

NEELAM UPPAL, PRO, SE
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

17-01027-cgm    Doc 11-11    Filed 05/30/17    Entered 05/30/17 16:01:34    Exhibit Ex 10
Pg 4 of 4

16-12356-jlg    Doc 153-1    Filed 04/25/17    Entered 04/25/17 16:52:08    Exhibit
1-Debtor Neelam Taneja Uppals Notice of Writ of Certoriari [    Pg 3 of 3

