**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Uppal v. Health Law Firm et al            CASE NO.: 17–01027–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

## Notice of Adjournment of Hearing

Notice to plaintiff of the adjournment of the hearing. Hearing held on June 1, 2017, and adjourned to July 13, 2017 at 10:15 AM in Courtroom 621 (CGM – NYC) (Liell, Rachel).

Dated: June 2, 2017                    Vito Genna
                                       Clerk of the Court