# Notice Recipients

District/Off: 0208−1 User: rliell Date Created: 6/2/2017
Case: 17−01027−cgm Form ID: 143 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Neelam Uppal          1370 Broadway          #504          New York, NY 10018

TOTAL: 1