**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  NEELAM TANEJA,

        Debtor,

Case No.:  16-bk-12356-jlg

Chapter 13

**Adversary Proceeding**
**No.:  17-ap-01027-jlg**

## SUPPLEMENT TO

## INDEX TO RULE 9011 MOTION

## EXHIBITS

**COME NOW,** Creditor/Defendants The Health Law Firm and George Indest, the latter appearing solely for the limited purposes previously sated, and without waiving any defense, objection or right he may have, and file this Supplement to the Index of Exhibits to the Motion for Sanctions Pursuant to Rule 9011, previously filed on May 30, 2017, as follows:

| Supp. Exhibit | Description | Pages |
|---|---|---|
| 11. | Letter dated May 5, 2017 ("Safe-Harbor Letter"), addressed to **both Neelam Taneja Uppal, personally, and to her attorney at the time, Arlene Gordon-Oliver, Esquire,** enclosing copy of proposed Motion for Rule 9011 Sanctions (note:  Motion Excerpted for purposes of this filing) | THLF 156 to 170 |
| 12. | E-mail from Christopher Holdorf, Paralegal, The Health Law Firm, dated May 5, 2017, 4:41 P.M. (Subj:  Rule 9011 Motion) **to Neelam Taneja Uppal (nneelu123@aol.com)** forwarding copy of letter dated May 5, 2017 ("Safe-Harbor Letter") enclosing copy of proposed Motion for Rule 9011 Sanctions | THLF 171 |
| 13. | Second E-mail from Christopher Holdorf, Paralegal, The Health Law Firm, dated May 5, 2017, 5:07 P.M. (Subj:  Rule 9011 Motion) **to Neelam Taneja Uppal (nneelu123@aol.com)** forwarding copy of letter dated May 5, 2017 ("Safe-Harbor Letter") enclosing copy of proposed Motion for Rule 9011 Sanctions | THLF 172 |

| | | |
|---|---|---|
| 14. | U.S. Postal Service Priority Express Mail (Overnight Delivery) Label dated May 5, 2017, No. EF118438165, for Letter above (Exhibit 11) **to Neelam Taneja Uppal,** 1370 Broadway, #504, New York, NY 10018, with USPS Tracking Results showing delivery on May 8, 2017, to Debtor's residence | THLF 173 to 174 |
| 15. | E-mail from Christopher Holdorf, Paralegal, The Health Law Firm, dated May 5, 2017, 4:41 P.M. (Subj: Rule 9011 Motion) **to Arlene Gordon-Oliver, Esquire (ago@gordonoliverlaw.com),** forwarding copy of letter dated May 5, 2017 ("Safe-Harbor Letter") enclosing copy of proposed Motion for Rule 9011 Sanctions | THLF 175 |
| 16. | Second E-mail from Christopher Holdorf, Paralegal, The Health Law Firm, dated May 5, 2017, 5:07 P.M. (Subj: Rule 9011 Motion) **to Arlene Gordon-Oliver, Esquire (ago@gordonoliverlaw.com),** forwarding copy of letter dated May 5, 2017 ("Safe-Harbor Letter") enclosing copy of proposed Motion for Rule 9011 Sanctions | THLF 176 |
| 17. | U.S. Postal Service Priority Express Mail (Overnight Delivery) Label dated May 5, 2017, No. EF118438040US, for Letter above (Exhibit 11) **to Arlene Gordon-Oliver, Esquire,** 199 Main Street, Suite 203, White Plains, NY 10601, with USPS Tracking Results showing delivery on May 8, 2017, to lawyer's office | THLF 177 to 178 |

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user; I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following: Bankruptcy Trustee Jeffrey L. Sapir at 399 Knollwood Road, Suite 102, White Plains, New York 10603 and electronically at info@sapirch13tr.com; Debtor, Neelam Taneja Uppal, at 1370 Broadway #504, New York, New York 10018; additionally, I have also served a copy of the foregoing <u>via e-mail</u> on Debtor, Neelam Taneja Uppal, nneelu123@aol.com; and I have also mailed a copy of the foregoing <u>via U.S. mail, postage prepaid</u>, to: **Neelam Taneja Uppal,** 1370 Broadway, #504, New York, NY 10018; on this 2nd day of June 2017.

                                       /s/ George F. Indest III
                                       _____
                                       **GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
                                       Florida Bar No.: 382426

                (Admitted Pro Hac Vice)
                Primary e-mail:  GIndest@TheHealthLawFirm.com
                Secondary e-mail: CourtFilings@TheHealthLawFirm.com
                **THE HEALTH LAW FIRM**
                1101 Douglas Avenue
                Altamonte Springs, Florida 32714
                Telephone:  (407) 331-6620
                Telefax:  (407) 331-3030
                **ATTORNEYS FOR CREDITOR,**
                **THE HEALTH LAW FIRM, P.A.**

**ATTACHMENTS:**

    Supplemental Exhibits 11 through 17

GFI/gi
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Final\Rule 9011\Supplemental Exhibit Index-Rule 9011.wpd