| | |
|---|---|
| From: | Christopher Holdorf |
| Sent: | Friday, May 05, 2017 4:41 PM |
| To: | nneelu123@aol.com |
| Cc: | George F. Indest |
| Subject: | CONFIDENTIAL: (1516/006 - Uppal v. THLF) Rule 9011 Motion |
| Attachments: | 157A-Rule 9011 Motion.pdf |

Dear Ms. Taneja Uppal,

Enclosed please find a copy of correspondence with attached motion which has been sent via express certified mail # EF118438165US on May 5, 2017.

Thank you,

Christopher Holdorf
Paralegal
The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
Email: CHoldorf@TheHealthLawFirm.com



Website | Blog | Facebook | Twitter

This communication is privileged and confidential. It is intended only for the person(s) to whom it is directed. It may contain information that is sensitive, private and covered by the attorney-client privilege, the attorney work-product privilege, the medical peer review privilege, the medical risk management privilege or other privileges. If you have received this by mistake, please do not read it or copy it. Please delete it immediately and notify the undersigned at the address and telephone number indicated (including your e-mail address so that we may correct any erroneous information we may have). We do not provide legal advice over the internet or in e-mails.



EXHIBIT 12