To Neelam Uppal
EF118438165US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( ) 407 331 6620
THE HEALTH LAW FIRM
1101 DOUGLAS AVE
ALTAMONTE SPRINGS, FL 32714-2033

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No. 328060

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )
Neelam Taneja Uppal
1370 Broadway #504
New York New York 10018

EF 118438165 US

UNITED STATES POSTAL SERVICE
PRIORITY MAIL EXPRESS

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 32899
Date Accepted: 5/5/17
Time Accepted: 11:55 AM
Weight: 1 lb 13 oz
Scheduled Delivery Time: 10:30 AM
Total Postage & Fees: $36.45

■ For pickup or USPS Tracking, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

LABEL 11-F, JANUARY 2014    PSN 7690-02-000-9996    2-CUSTOMER COPY


EXHIBIT 14

**THLF 173**

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** EF118438165US

Delivered

**Scheduled Delivery Day:** Saturday, May 6, 2017, 12:00 pm ⓘ
**Money Back Guarantee**

**Signed for By:** L ZIBAK // NEW YORK, NY 10018 // 11:31 am

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
PO to Addressee
Up to $100 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 8, 2017, 11:31 am | Delivered, Front Desk/Reception | NEW YORK, NY 10018 |
| | Your item was delivered to the front desk or reception area at 11:31 am on May 8, 2017 in NEW YORK, NY 10018. | |
| May 8, 2017, 8:13 am | Arrived at Post Office | NEW YORK, NY 10018 |
| May 7, 2017, 9:14 am | In Transit to Destination | |
| May 6, 2017, 9:14 am | Arrived at USPS Destination Facility | NEW YORK, NY 10199 |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

Proof of Delivery ⌄

See Less ⌃

THLF 174