To Arlene Gordon-Oliver
EF118438024US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( ) 407 331 6620

THE HEALTH LAW FIRM
1101 DOUGLAS AVE
ALTAMONTE SPRINGS, FL 32714-2033

EF 118438024 US

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

**PAYMENT BY ACCOUNT (if applicable)**
USPS Corporate Acct. No.: 328060
Federal Agency Acct. No. or Postal Service Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office.™ for availability.

TO: (PLEASE PRINT)    PHONE ( )
Arlene Gordon-Oliver Esq.
Arlene Gordon-Oliver & Associates, PLLC
199 Main Street Ste 203
White Plains, New York 10601

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 32714    Scheduled Delivery Date (MM/DD/YY)    Postage $
Date Accepted (MM/DD/YY): 5/5/17    Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON    Insurance Fee $    COD Fee $
Time Accepted: 4:55 ☐ AM ☑ PM    10:30 AM Delivery Fee $    Return Receipt Fee $    Live Animal Transportation Fee
Weight: 1 lbs. 13 ozs.    ☐ Flat Rate    Sunday/Holiday Premium Fee $    Total Postage & Fees $ 36.45
Acceptance Employee Initials: T

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, JANUARY 2014    PSN 7690-02-000-9996    2-CUSTOMER COPY


EXHIBIT 17

**THLF 177**

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** EF118438024US

> > > Delivered

**Scheduled Delivery Day:** Saturday, May 6, 2017, 12:00 pm ⓘ
Money Back Guarantee

**Signed for By:** M SHOWERS // WHITE PLAINS, NY 10601 // 1:28 pm

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
PO to Addressee
Up to $100 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 8, 2017, 1:28 pm | Delivered, Left with Individual | WHITE PLAINS, NY 10601 |
| | Your item was delivered to an individual at the address at 1:28 pm on May 8, 2017 in WHITE PLAINS, NY 10601. | |
| May 6, 2017, 9:32 am | Business Closed | WHITE PLAINS, NY 10601 |
| May 6, 2017, 9:18 am | Arrived at Post Office | WHITE PLAINS, NY 10606 |
| May 6, 2017, 8:07 am | Departed USPS Facility | NEWBURGH, NY 12555 |

See More ⌄

## Available Actions

Text Updates ⌄

Email Updates ⌄

Proof of Delivery ⌄

See Less ⌃