**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| NEELAM TANEJA, | Adv. Proc. No.: 17-ap-01027-cgm |
| vs. | |
| Debtor, | |
| THE HEALTH LAW FIRM, et al., | |
| Creditor/Defendant. | |

-------------------------------------------------------------x

## ORDER GRANTING CREDITOR THE HEALTH LAW FIRM'S AND GEORGE INDEST'S MOTION TO DISMISS AND DISMISSING ADVERSARY PROCEEDING

This matter came before the Court for a hearing on June 1, 2017, on the Creditor(s)/Defendant(s), The Health Law Firm, P.A., f/k/a George F. Indest III, P.A.-The Health Law Firm, and George Indest's, Motion for Summary Judgment and Alternate Motion to Dismiss Neelam Taneja's[1] Adversary Proceeding with Supporting Memorandum of Law (referred to as "Creditor's Motion" herein) [ECF No. 3 & 4]. Debtor's Motion, along with supporting documents and an affidavit were filed and served on March 20, 2017, and the same was properly noticed for hearing. The Creditor was present and represented by counsel, George F. Indest III, Esquire. Debtor appeared pro se and testified under oath at the hearing.

**THE COURT GRANTS** Creditor/Defendants' request to withdraw the portion of the Creditor's Motion which requested attorney's fees, without prejudice.

**THE COURT GRANTS** Creditor's Motion and **DISMISSES** the Adversary Proceeding, with prejudice.



**Dated: June 5, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**