**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                       **Adversary Proceeding No.:**
                                                                    **17-ap-01027-cgm**

        NEELAM TANEJA,

                                                                    Chapter 13 Case No.:
                Debtor/Plaintiff,                     16-bk-12356-cgm

vs.

        THE HEALTH LAW FIRM,

                                                                    **Notice of Hearing**
               Creditor/Defendant.

-------------------------------------------------------------x

## NOTICE OF HEARING ON JULY 13, 2017

**PLEASE TAKE NOTICE** that the undersigned will call up for hearing before the Honorable Cecelia G. Morris the following:

1. Creditor/Defendant The Health Law Firm's Motion to Take Judicial Notice in Chapter 13 Bankruptcy Adversary Proceeding with Supporting Memorandum of Law, filed May 22, 2017. (Doc. No. 7).

2. Creditor/Defendant The Health Law Firm's Second Motion to Take Judicial Notice with Supporting Memorandum of Law, filed May 27, 2017. (Doc. No. 9).

3. Creditor/Defendant The Health Law Firm's Third Motion to Take Judicial Notice with Supporting Memorandum of Law, filed May 30, 2017. (Doc. No. 10).

4. Creditor, The Health Law Firm's and George Indest's Motion for Rule 9011 Sanctions, Attorney's Fees and Costs and Incorporated Memorandum of Law, filed May 30, 2017. (Doc. No. 11).

5. Supplement to Index to Rule 9011 Motion Exhibits, filed June 2, 2017. (Doc. No. 14).

**JUDGE:** Honorable Cecelia G. Morris

**DATE:** July 13, 2017

**TIME:** 10:15 a.m.

**LOCATION:** United States Bankruptcy Court
Courtroom 621
1 Bowling Green
New York, New York 10004

**The foregoing is being noticed and scheduled pursuant to the instructions given by Judge Morris during the June 1, 2017, hearing in this matter.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this adversary proceeding, including Debtor Neelam Taneja Uppal (pro se); I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) her via e-mail address: nneel123@aol.com;  I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at:  1370 Broadway #504, New York, New York 10018 and at:  17715 Gulf Boulevard, #705, Reddington Shores, Florida 33782;  I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following:  Bankruptcy Trustee Jeffrey L. Sapir, Esquire/Jody L. Kava, Esquire, at 399 Knollwood Road, Suite 102, White Plains, New York 10603, and electronically at info@sapirch13tr.com;  on this 8th day of June 2017.

/s/  George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
(Admitted Pro Hac Vice)
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620

Telefax: (407) 331-3030
**ATTORNEYS FOR CREDITOR/DEFENDANT,
THE HEALTH LAW FIRM, P.A.**

GFI/tmS:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Drafts\Notice of Hearing-Rule 9011.wpd