UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE

NEELAM TANEJA, AKA NEELAM UPPAL,

DEBTOR.

CHAPTER 13

CASE NO. 16-12356

JUDGE: James L. Garrity, Jr.

### ORDER PURSUANT TO 11 U.S.C. § 362(d)(4)
### MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated January 25, 2017 (the "Motion"), of Nationstar Mortgage LLC as Servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1 (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362(d)(4), for *in rem* relief from the automatic stay imposed in subsequent cases under 11 U.S.C. § 362(a), such that any and all future filings under the Bankruptcy Code during the next two years by the debtor herein, Neelam Taneja, aka Neelam Uppal or any other person or entity with an interest in the Property shall not operate as a stay as to Movant's enforcement of its rights in and to 17715 Gulf Boulevard, Unit 705, Redington Shores, FL 33708 (the "Property"), and after due and sufficient service and notice, the Court having held a hearing on the Motion on March 2, 2017 and no opposition having been submitted; and, after due deliberation, the Court having determined that the filing of the Debtor's bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that has involved multiple bankruptcy filings by the Debtor and affecting the Property; and good and sufficient cause appearing, including the failure of the Debtor to perform the duties of a debtor under the Bankruptcy Code in good faith in multiple bankruptcy cases affecting the Property, it is

**ORDERED** that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C. § 362(a) as to



Secured Creditor's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to Secured Creditor's interest in the Property.



Dated: June 6, 2017
      Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge