**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | **Adversary Proceeding No.:** |
| | **17-ap-01027-cgm** |
| NEELAM TANEJA, | |
| | Chapter 13 Case No.: |
| Debtor/Plaintiff, | 16-bk-12356-cgm |
| vs. | |
| THE HEALTH LAW FIRM, | **Amended Notice of Hearing** |
| Creditor/Defendant. | |

----------------------------------------------------------------x

## AMENDED NOTICE OF HEARING ON JULY 13, 2017

**PLEASE TAKE NOTICE** that the undersigned will call up for hearing before the Honorable Cecelia G. Morris in Adversary Proceeding No. 17-ap-01027-cgm, the following:

1. Creditor, The Health Law Firm's and George Indest's Motion for Rule 9011 Sanctions, Attorney's Fees and Costs and Incorporated Memorandum of Law, filed May 30, 2017 [ECF No. 11] with Supplement to Index to Rule 9011 Motion Exhibits, filed June 2, 2017 [ECF No. 14].

2. Debtor's Motion for Reconsideration and Motion to Vacate Order of Summary Judgment & Objection [sic] to Sanction of the Debtor, undated and unsigned, received via U.S. mail on June 14, 2017 [ECF No. 19].

3. Creditor/Defendant The Health Law Firm's Motion to Take Judicial Notice in Chapter 13 Bankruptcy Adversary Proceeding with Supporting Memorandum of Law, filed May 22, 2017 [ECF No. 7].

4. Creditor/Defendant The Health Law Firm's Second Motion to Take Judicial Notice with Supporting Memorandum of Law, filed May 27, 2017 [ECF. No. 9].

5. Creditor/Defendant The Health Law Firm's Third Motion to Take Judicial Notice with Supporting Memorandum of Law, filed May 30, 2017 [ECF No. 10].

      6.      Creditor/Defendant The Health Law Firm's Fourth Motion to Take Judicial Notice with Supporting Memorandum of Law, filed June 12, 2017 [ECF No. 18].

**JUDGE:**      Honorable Cecelia G. Morris

**DATE:**      July 13, 2017

**TIME:**      10:15 a.m.

**LOCATION:**  United States Bankruptcy Court
Courtroom 621
1 Bowling Green
New York, New York 10004

**The foregoing is being noticed and scheduled pursuant to the instructions given by Judge Morris during the June 1, 2017, hearing in this matter.**

## CERTIFICATE OF COMPLIANCE WITH BANKRUPTCY RULES

**I HEREBY CERTIFY** that the Debtor/Plaintiff Neelam Taneja Uppal, has been properly served with a copy of the Rule 9011 Motion more than 21 days prior to its filing with the Court and has failed to correct the conduct and deficiencies toward which it is directed. Additionally, I certify that Debtor/Plaintiff Neelam Taneja Uppal, has been properly served with this Notice of Hearing in accordance with Rule 7004 and 9011(c), Federal Rules of Bankruptcy Procedure.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this adversary proceeding; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) her via e-mail address: nneel123@aol.com; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at: 1370 Broadway #504, New York, New York 10018 and at: I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at: 17715 Gulf Boulevard, #705, Reddington Shores, Florida 33782; I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following: Bankruptcy Trustee Jeffrey L. Sapir, Esquire/Jody L. Kava, Esquire, at 399 Knollwood Road, Suite 102, White Plains, New York 10603, and electronically at info@sapirch13tr.com; on this 23rd day of June 2017.

/s/  George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
(Admitted Pro Hac Vice)
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR CREDITOR/DEFENDANT,
THE HEALTH LAW FIRM, P.A.**

GFI/tmS:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Final\Notice of Hearing-Rule 9011, Amended.wpd