**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| Neelam Taneja, | Case No. 16-12356-cgm |

----------------------------------------------------------------x

| | |
|---|---|
| Neelam Uppal, | Adv. Proc. No.: 17-01027-cgm |
|     Plaintiff, | |
| vs. | |
| Health Law Firm, et al., | |
|     Defendant. | |

_____x

## ORDER DENYING DEBTOR'S MOTION TO REOPEN

The Debtor having attempted to file a motion to reopen and for reconsideration of its this Court's order dismissing the above-captioned adversary proceeding, which was filed on June 21, 2017 by the Defendant in this action; and the Court having considered the motion; and after due deliberation; it is hereby **DENIED**.



**Dated: June 23, 2017**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**