**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

NEELAM TANEJA,

        Debtor,

vs.

The Health Law Firm, et al.,

        Defendants

_____x

Case No.:  16-bk-12356-jlg

Chapter 13

**Adversary Proceeding No.:  17-ap-01027-jlg**

## INDEX TO EXHIBITS FOR SUPPLEMENT TO RULE 9011 MOTION

### EXHIBITS

| **Supp. Exhibit** | **Description** |
|---|---|
| 18. | Affidavit of Michelle Williams, the Assistant Book Keeper of The Health Law Firm, containing copies of invoices for the time spent and costs incurred, as well as a summary of each |
| 19. | Affidavit of George F. Indest III, President and Managing Partner of The Health Law Firm, containing attachments including copy of resume |
| 20. | Burdge, Ronald L, <u>United States Consumer Law Attorney Fee Survey Report</u> (June 2017), showing attorneys fees for New York, New York, and Orlando, Florida (pp. 1-15, 212-213, 294-295) |

ATTACHMENTS:

    Supplemental Exhibits 18 through 20 (with attachments)

GFI/gi
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Final\Rule 9011-To Be Filed\Exhibit Index-Supplement to Rule 9011 Motion.wpd