UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Case No.: 16-bk-12356-jlg

In re:

Chapter 13

NEELAM TANEJA,

    Debtor,    **Adversary Proc. No.: 17-ap-01027-jlg**

vs.

THE HEALTH LAW FIRM,

    Creditor/Defendant.

---------------------------------------------------------------x

# CREDITOR, THE HEALTH LAW FIRM'S AND GEORGE INDEST'S THIRD SUPPLEMENT TO MOTION FOR RULE 9011 SANCTIONS, ATTORNEY'S FEES AND COSTS

Creditor/Defendant, The Health Law Firm, P.A., f/k/a George F. Indest III, P.A.-The Health Law Firm, a Florida professional service corporation, and George Indest, by and through undersigned counsel, pursuant to Rules 9011, Federal Rules of Bankruptcy Procedure, and Rule 11, Federal Rules of Civil Procedure, files this Third Supplement to the previously filed Motion for Rule 9011 Sanctions, Attorney's Fees and Costs, to include additional affidavits as to the reasonableness of the attorney's fees and costs being sought, stating:

    1.    The attached recently received affidavit is being filed with the Court to supplement the Motion and its Exhibits previously filed and to establish the reasonableness of the fees and costs sought.

    2.    The attached includes:

        Exhibit 21:    Affidavit of Matthew Gross, Esquire, Altamonte Springs, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user;  I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following:  Bankruptcy Trustee Jeffrey L. Sapir at 399 Knollwood Road, Suite 102, White Plains, New York 10603 and electronically at info@sapirch13tr.com;  I have also served a copy of the foregoing via U.S. mail, postage prepaid, Debtor/Plaintiff, Neelam Taneja Uppal, at:

1370 Broadway #504, New York, New York 10018;
at P.O. Box 1002, Largo, Florida 33779; and
at 17715 Gulf Blvd, #705, Reddington Shores, Florida 33782;

additionally I have also served a copy of the foregoing via e-mail on Debtor/Plaintiff, Neelam Taneja Uppal, nneelu123@aol.com;  on this 11th day of July 2017.

/s/  George F. Indest III
_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
(Admitted Pro Hac Vice)
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR CREDITOR,**
**THE HEALTH LAW FIRM, P.A.**

**Attachment(s):**  Exhibit 21-Affidavit of Matthew Gross, Esquire, Altamonte Springs, Florida

GFI/mw
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Final\Rule 9011-Filed\Supplement to Rule 9011 Motion-Third.wpd