UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

NEELAM TANEJA,

    Debtor,

vs.

The Health Law Firm, et al.,

    Defendants
_____x

Case No.: 16-bk-12356-jlg

Chapter 13

**Adversary Proceeding No.:** 17-ap-01027-jlg

## INDEX TO EXHIBITS FOR

## FOURTH SUPPLEMENT TO

## RULE 9011 MOTION

# EXHIBITS

| Supp. Exhibit | Description |
|---|---|
| 22. | Affidavit of Colin M. Linsenman, Esquire, New York, New York |
| 23. | Affidavit of G. Barry Wilkinson, Esquire, St. Petersburg, Florida |

ATTACHMENTS:

    Supplemental Exhibits 22 through 23

GFI/gi
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Final\Rule 9011-Filed\Exhibit Index-Fourth Supplement to Rule 9011 Motion.wpd