UNITED STATES BANKRUPTCY COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK

In Re:

Neelam T. Uppal,
Debtor.

Adv. Case No - 17-01027
Case No.:16-12356-jlg
Chapter: 13

v.

Creditor
George Indest -
Healthlaw firm
_____/

FILED
U.S. BANKRUPTCY COURT
2017 JUL 13 P 12:01

NOTICE OF ~~HEARING~~ APPEAL

PLEASE TAKE NOTICE, that upon application Debtor Neelam Taneja ~~shall move~~ files a Notice of Appeal to the Judgement of Summary Judgment, Denial of Motion for Reconsideration and Judgement for sanctions.

Neelam Uppal
1370, Broadway, #504
New York, N.Y - 10018

Certificate of service
This document has been served to
Healthlaw firm
1101 Douglas Ave
Altamonte Springs, FL-33714