## UNITED STATES BANKRUPTCY COURT OF APPEALS
## SOUTHERN DISTRICT OF NEW YORK

**In Re:**

    Neelam T. Uppal,                     Case No.:17- 01027

        Debtor.                            **Chapter: 13**

v.

Healthlaw firm

George Indest

_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE, that upon application Debtor Neelam Taneja shall move this Court for a motion/Objection states grounds as stated in the attached AFFIDAVIT.

This motion / Objection shall be heard at the United States bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York-10004 on Sept. 14 2017 at 10:15 a.m.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served on the party proposing the action or order so as to be received at least 7 days prior to the date set for the hearing.