UNITED STATES BANKRUPTCY COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK

In Re:

    Neelam T. Uppal,　　　　　　　　　　　Case No.: 17-01027-cgm
        Debtor.　　　　　　　　　　　　　　　Chapter: 13

v.

George Indest
Healthlaw firm

_____/

APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Neelam Uppal, debtor, ( "Appellant"), pursuant to

Federal Rule of Bankruptcy Procedure 8006, hereby submits its statement of issues to be presented on

appeal and its designation of items to be included in the record on appeal.

I. STATEMENT OF ISSUES PRESENTED ON APPEAL

Appellants present the following issues on appeal:

1. Whether the Bankruptcy Court committed an error of law or an abuse of

    discretion in granting the Summary Judgement and sanctions to the Debtor

and allowing $54,000. 00 in attorney fees for filing one pleading of summary Judgement.

2. Whether the Judge failed to provide Due process to the debtor.

3. Whether the court erred by not scanning the filings of the debtor onto the docket.

4. Whether the findings of the court were arbitrary and Capricious.

5. Whether the Judge followed the FRBP for Certificate of service

6. Whether the Judge applied the published standards for sanctions

7. Whether the judge neglected to read the pleadings.

8. Whether the judge is prejudiced against the Debtor.

9. . Whether the Bankruptcy Court committed an error of law or an abuse of discretion in its application of the standard set forth in the Memorandum .

10. Whether the Bankruptcy Court committed an error of law or an abuse o discretion in granting Summary Judgement by in face of dispute of material facts.

11. Whether the Bankruptcy Court committed an error of law or an abuse of discretion in failing to require evidence that the work of the substantial contribution or (ii) the associated costs was done by the attorney. And the attorney claimant was not duplicative of the work.

12. Whether the Bankruptcy Court committed an error of law or abuse of discretion in considering and relying upon facts outside of a stipulated record without affording the objector the opportunity to respond or engage in discovery relating to the facts that were not part of the stipulated record.

2. II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellant designates the following items for inclusion in the record on appeal. Such designation of pleadings and matters of record includes all exhibits attached or referred to in the pleadings or matters of record

*[signature]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

Regular U.S. Mail on _____20_ day of ___July___, 2017 to:

*NEELAM UPPAL, PRO, SE*
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (646)740-9141*
*E-mail- nneelu123@aol.com*

**17-01027-cgm** Uppal v. Health Law Firm et al
**Case type:** ap **Related bankruptcy:** 16-12356-cgm **Judge:** Cecelia G. Morris
**Date filed:** 02/16/2017 **Date of last filing:** 07/14/2017
**Date terminated:** 06/05/2017

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | *Filed & Entered:* 02/16/2017<br>*Terminated:* 06/05/2017 | Receipt of Adversary Proceeding Filing Fee |
|  | *Filed & Entered:* 02/16/2017<br>*Terminated:* 06/05/2017 | Complaint |
|  | *Filed & Entered:* 02/16/2017<br>*Terminated:* 06/05/2017 | Summons with Notice of Pre-Trial Conference |
|  | *Filed & Entered:* 03/20/2017<br>*Terminated:* 06/05/2017 | Motion for Summary Judgment |
|  | *Filed & Entered:* 03/20/2017<br>*Terminated:* 06/05/2017 | Motion for Summary Judgment |
|  | *Filed & Entered:* 05/12/2017<br>*Terminated:* 06/05/2017 | Blank Notice |
|  | *Filed:* 05/14/2017<br>*Entered:* 05/15/2017<br>*Terminated:* 06/05/2017 | Certificate of Mailing - Blank Notice |
|  | *Filed & Entered:* 05/22/2017<br>*Terminated:* 06/05/2017 | Motion to Authorize |
|  | *Filed & Entered:* 05/24/2017<br>*Terminated:* 06/05/2017 | Notice of Hearing |
|  | *Filed & Entered:* 05/27/2017<br>*Terminated:* 06/05/2017 | Motion to Authorize |
|  | *Filed & Entered:* 05/30/2017<br>*Terminated:* 06/05/2017 | Motion to Authorize |
|  | *Filed & Entered:* 05/30/2017<br>*Terminated:* 06/05/2017 | Motion for Sanctions |
|  | *Filed:* 06/01/2017<br>*Entered:* 06/02/2017<br>*Terminated:* 06/05/2017 | Terminate Pending Deadlines |
| 12 | *Filed:* 06/01/2017<br>*Entered:* 06/02/2017<br>*Terminated:* 06/05/2017 | Notice of Adjournment of Hearing |
|  | *Filed:* 06/01/2017<br>*Entered:* 06/02/2017<br>*Terminated:* 06/05/2017 | Blank Notice |

| | | |
|---|---|---|
| *Filed:* | 06/01/2017 | ✧ Objection to Motion |
| *Entered:* | 06/06/2017 | |
| *Filed & Entered:* 06/02/2017 | | ✧ Motion for Sanctions |
| *Terminated:* | 06/05/2017 | |
| *Filed & Entered:* 06/05/2017 | | ✧ Adversary Closed |
| *Filed & Entered:* 06/05/2017 | | ✧ Order Re: Motion for Summary Judgment |
| *Terminated:* | 06/05/2017 | |
| *Filed & Entered:* 06/08/2017 | | ✧ Notice of Appearance in Adversary Proceeding |
| *Filed & Entered:* 06/12/2017 | | ✧ Motion for Attachment |
| *Filed & Entered:* 06/21/2017 | | ✧ Motion to Reopen Adversary Proceeding |
| *Terminated:* | 06/23/2017 | |
| *Filed & Entered:* 06/23/2017 | | ✧ Notice of Appearance in Adversary Proceeding |
| *Filed & Entered:* 06/23/2017 | | ✧ Order Re: Motion to Reopen Adversary Proceeding |
| *Filed & Entered:* 07/06/2017 | | ✧ Motion for Sanctions |
| *Filed & Entered:* 07/11/2017 | | ✧ Motion for Sanctions |
| *Filed & Entered:* 07/12/2017 | | ✧ Motion for Sanctions |
| *Filed & Entered:* 07/12/2017 | | ✧ Motion for Sanctions |
| *Filed:* | 07/13/2017 | ✧ Terminate Pending Deadlines |
| *Entered:* | 07/17/2017 | |
| *Filed:* | 07/13/2017 | ✧ Terminate Pending Deadlines |
| *Entered:* | 07/17/2017 | |
| *Filed & Entered:* 07/13/2017 | | ✧ Objection |
| *Filed:* | 07/13/2017 | ✧ Notice of Appeal |
| *Entered:* | 07/14/2017 | |
| *Filed:* | 07/14/2017 | ✧ Motion for Reargument FRCP 59 |
| *Entered:* | 07/18/2017 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/19/2017 09:52:43 | | | |
| PACER Login: | rrl472:4177069:0 | Client Code: | |
| Description: | History Documents | Search Criteria: | 17-01027-cgm Type: History |
| Billable Pages: | | Cost: | 0.10 |