UNITED STATES BANKRUPTCY COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK

**In Re:**
    **Neelam T. Uppal,**　　　　　　　　　　Case No.: 17- 01027-cgm
        **Debtor.**　　　　　　　　　　　　　　　Chapter: 13

v.

Health law firm, et al
~~Las palmas~~
_____/

**MOTION FOR STAY PENDING APPEAL**

Comes now, Defendant, Neelam Uppal, pro se, hereby, files a motion for for Stay of all orders pending appellate decision pursuant to FRBP 8007(a)

_____
NEELAM UPPAL, M.D.
PO box 1002
Largo, FL-33779
(727)-403-0022

**CERTIFICATE OF SERVICE**

This Pleading has been served to Health law firm, et al