# UNITED STATES BANKRUPTCY COURT OF APPEALS
## SOUTHERN DISTRICT OF NEW YORK

**In Re:**
    Neelam T. Uppal,                            Case No.: 17- 01027-cgm
        Debtor.                                    Chapter: 13

v.

Healthlawfirm, et al [handwritten]
_____/

## MOTION TO EXTEND TIME LIMIT FOR NOTICE OF APPEAL

Comes now, Defendant, Neelam Uppal, pro se, hereby, files a

motion to expand the time limits for appellate filing and fees for the following

reasons:

> Since the motion for re-consideration is pending in the bankruptcy court, on same issues, therefore, the appellant requests extension to the time limit to file the BREIF and FEES.

                                            /s/ N. Uppal
                                     NEELAM UPPAL, M.D.
                                     PO box 1002
                                     Largo, FL-33779
                                     (727)-403-0022

1