**UNITED STATES BANKRUPTCY COURT
OF APPEALS SOUTHERN DISTRICT OF
NEW YORK**

------------------------------------------------------------x          **Adversary Proc. No.: 17-ap-01027-jlg**

In re:

                                                    Chapter 13

NEELAM TANEJA,

       Debtor,

vs.                                                                                        Case No.:  16-bk-12356-jlg

THE HEALTH LAW FIRM,

       Creditor/Defendant.

------------------------------------------------------------x

## INDEX TO EXHIBITS

**Exhibit**     **Description**

1.            Final Judgment for Sanctions, Attorney's Fees and Costs (ECF No. 29)

2.            Order dated June 6, 2017 (Case No. 16-bk12356; ECF No. 163)

S:\Collections\1516-Uppal, Neelam, MD\009-BR Appeals NY\Pleadings-Drafts\Exhibit Index-Opp Ext of Time.wpd