## UNITED STATES BANKRUPTCY COURT OF APPEALS
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Adversary Proc. No.: 17-ap-01027-jlg

In re:

Chapter 13

NEELAM TANEJA,

       Debtor,

vs.                                                                Case No.: 16-bk-12356-jlg

THE HEALTH LAW FIRM,

       Creditor/Defendant.

---------------------------------------------------------------x

### DEFENDANTS'/APPELLEES' COUNTER DESIGNATION OF RECORD ON APPEAL

Come now Defendants/Appellees The Health Law Firm and George Indest, pursuant to Rule 6(B), Federal Rule of Appellate Procedure, and file Defendants'/Appellees' Counter Designation of Record on Appeal as follows:

Defendants/Appellees request the Clerk of Court to include in the Record on Appeal the following documents from the Court's file as shown.

**I.**    **In the present case, 17-ap-01027-jlg**:

    1.    ECF No. 1    Adversary Proceeding for Violation of Automatic Stay and False Claim

    2.    ECF No. 3    Creditor, The Health Law Firm's and George Indest's [sic] Motion for Sumary Judgment and Alternate Motion to Dismiss Neelam Taneja's Adversary Proceeding

    3.    ECF No. 4

    4.    ECF No. 5

5. ECF No. 6

6. ECF No. 7

7. ECF No. 8

8. ECF No. 9

9. ECF No. 10

10. ECF No. 11

11. ECF No. 12

12. ECF No. 13

13. ECF No. 14

14. ECF No. 15   Order Granting Creditor The Health Law Firm's and George Indest's Motion to Dismiss and Dismissing Adversary Proceeding

15. ECF No. 17

16. ECF No. 18

17. ECF No. 20

18. ECF No. 22

19. ECF No. 23

20. ECF No. 25

21. ECF No. 29   Final Judgment for Sanctions, Attorney's Fees and Costs

**II.   From Main Bankruptcy Proceeding ECF No. 16-bk-012356:**

22. ECF No. 77

23. ECF No. 84

24. ECF No. 85

25. ECF No. 162

26. ECF No. 163

III. **In Related Adversary Proceeding Cases**:

27. Copy of docket, Complaint (ECF No. 1), and Order (ECF No. 15) from 17-01025-cgm

28. Copy of docket and Complaint (ECF No. 1) from 17-01026-cgm

29. Copy of docket and Complaint (ECF No. 1) from 17-01028-cgm

30. Copy of docket and Complaint (ECF No. 1) from 17-01030-cgm

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this adversary proceeding; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) her via e-mail address: nneelu123@aol.com; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at the following addresses:

1) 1370 Broadway #504, New York, New York 10018;
2) 17715 Gulf Boulevard, #705, Reddington Shores, Florida 33782; and
3) Post Office Box 1002, Largo, Florida 33779;

I further certify that I have also served a copy of the foregoing via U.S. mail, postage prepaid, to the following: Bankruptcy Trustee Jeffrey L. Sapir, Esquire/Jody L. Kava, Esquire, at 399 Knollwood Road, Suite 102, White Plains, New York 10603, and electronically at info@sapirch13tr.com; on this 4th day of August 2017.

/s/ George F. Indest

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**

        Florida Bar No.:  382426
        (Admitted <u>Pro</u> <u>Hac</u> <u>Vice)</u>
        Primary e-mail:  <u>GIndest@TheHealthLawFirm.com</u>
        Secondary e-mail: <u>CourtFilings@TheHealthLawFirm.com</u>
        **THE HEALTH LAW FIRM**
        1101 Douglas Avenue
        Altamonte Springs, Florida 32714
        Telephone:  (407) 331-6620
        Telefax:  (407) 331-3030
        **ATTORNEYS FOR CREDITOR/DEFENDANT,**
        **THE HEALTH LAW FIRM, P.A.**

cc:    Judge Cecelia Morris

S:\Collections\1516-Uppal, Neelam, MD\009-BR Appeals NY\Pleadings-Drafts\Appellee's Counter Desig of Record.wpd