**UNITED STATES BANKRUPTCY COURT OF APPEALS SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

NEELAM TANEJA,

      Debtor,

vs.

THE HEALTH LAW FIRM,

      Creditor/Defendant.

---------------------------------------------------------------x

**Adversary Proc. No.: 17-ap-01027-jlg**

Chapter 13

Case No.: 16-bk-12356-jlg

## INDEX TO EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1. | Documents from Florida Supreme Court, <u>Neelam T. Uppal v. The Health Law Firm</u> (Fla. S. Ct. Case No. SC16-2037) (Composite Exhibit) |
| 2. | Neelam T. Uppal's "Notice of Writ of Certiorari" to the U.S. Supreme Court |