## U. S. SUPREME COURT
## WASHINGTON, DC

**STATE COURT NO.: SC2016-2037**
**APPEAL CASE NO:- 2D16-180**
**L.T. No.:-** :13-CA-3790-15- **K**

### NEELAM T. UPPAL, et al

**Appellant / Defendant**

## V.

### HEALTHAW FIRM

**Appellee/ Plaintiff**

_____/

## NOTICE OF WRIT OF CERTORIARI

1. NOTICE IS HEREBY GIVEN that the defendant Neelam Uppal,

appeals from the Final judgment order of Judge Thomas Minkoff for denial of

recusal and foreclosure sale

entered in this proceeding

on the1/4/2016 and 1/7/ 2016 and all prior orders as Writ of Certiorari in 90 days

EXHIBIT
2



*NEELAM UPPAL, PRO, SE*
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served by

1. on ___2 0___ day of ___April___, 2017 to:
2. Health law firm, George Indest, 1101 Douglas Ave, Altamonte springs, FL

_____

*NEELAM UPPAL, PRO, SE*
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*