UNITED STATES BANKRUPTCY COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK

In Re:
    Neelam T. Uppal,          Case No.: 17-010027-cgm
        Debtor.                Chapter: 13

V.
HEALTHLAW FIRM, ET AL
_____/

APPELLANTS' RESPONSE

Neelam Uppal, debtor, ("Appellant"), is entitled to file a notice of appeal 30 days after the Judgement is entered on the Motion for Reconsideration, pursuant to Federal Rule of Bankruptcy Procedure 8005 (e).
Wherefore, the debtor requests that the extension be granted.

                                                  /s/ Neelam Uppal
                                                  NEELAM UPPAL, M.D.
                                                  1370, Broadway, #504
                                                  New York, NY-10018
                                                  646-740-9141

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

Regular U.S. Mail and email on __9____ day of ___August, 2017 to:

                                                  /s/ Neelam Uppal
                                                  NEELAM UPPAL, M.D.
                                                  1370, Broadway, #504
                                                  New York, NY-10018
                                                  646-740-9141