# Notice Recipients

District/Off: 0208−1        User: ldubois            Date Created: 8/10/2017
Case: 17−01027−cgm       Form ID: pdf001          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Neelam Uppal      1370 Broadway      #504      New York, NY 10018

                                                                            TOTAL: 1