UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                              **CHAPTER 7**

    **Neelam Taneja**                                            **CASE NO. 16-12356(CGM)**

                       Debtor(s).
---------------------------------------------------------X
Neelam Uppal,

                                    Adv. No. 17-01027

                       Plaintiff,

v.

Health Law Firm, et al.,

                       Defendant.
---------------------------------------------------------X

## **ORDER DENYING REQUEST**

      On August 9, 2017, the Debtor filed a response and requested an extension to file an appeal.

      **ORDERED** that Debtor's request for additional time beyond that provided in Docket No. 37 is **DENIED**.



**Dated: August 10, 2017**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**