```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                          CHAPTER 7

    Neelam Taneja                                               CASE NO. 16-12356(CGM)

                    Debtor(s).
---------------------------------------------------------X
Neelam Uppal,
                                                                Adv. No. 17-01027
                    Plaintiff,
v.

Health Law Firm, et al.,

                    Defendant.
---------------------------------------------------------X
```

## ORDER DENYING REQUEST

On August 9, 2017, the Debtor filed a response and requested an extension to file an appeal.

**ORDERED** that Debtor's request for additional time beyond that provided in Docket No. 37 is **DENIED**.



**Dated: August 10, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Southern District of New York

Uppal,
    Plaintiff

Adv. Proc. No. 17-01027-cgm

Health Law Firm,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1     User: jlachappe     Page 1 of 1     Date Rcvd: Aug 10, 2017
                       Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
pla            +Neelam Uppal,    1370 Broadway,    #504,    New York, NY 10018-7302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
         George F. Indest, III    on behalf of Defendant    Health Law Firm courtfilings@thehealthlawfirm.com
                                                                                                                                   TOTAL: 1