**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Uppal v. Health Law Firm et al               CASE NO.: 17–01027–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on 7/13/17, document number 27, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 17–cv–5618 assigned to the Honorable Edgardo Ramos.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: August 31, 2017                              Vito Genna
                                                    Clerk of the Court