# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: mlopez | Date Created: 8/31/2017 |
| Case: 17−01027−cgm | Form ID: tranapl | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft         Health Law Firm
dft         George Indest

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty         George F. Indest, III         courtfilings@thehealthlawfirm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Neelam Uppal       1370 Broadway       #504       New York, NY 10018

TOTAL: 1