**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Uppal v. Health Law Firm et al            CASE NO.: 17–01027–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

## NOTICE OF TRANSMITTAL OF RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 7/13/17, document number 27, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 17–cv–5618 assigned to the Honorable Edgardo Ramos.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: August 31, 2017                                Vito Genna
                                                     Clerk of the Court

United States Bankruptcy Court
Southern District of New York

Uppal,
    Plaintiff                                        Adv. Proc. No. 17-01027-cgm

Health Law Firm,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1      User: mlopez      Page 1 of 1      Date Rcvd: Aug 31, 2017
                         Form ID: tranapl      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
pla             +Neelam Uppal,    1370 Broadway,    #504,    New York, NY 10018-7302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              George Indest
dft              Health Law Firm
                                                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
               George F. Indest, III     on behalf of Defendant    Health Law Firm courtfilings@thehealthlawfirm.com
                                                                                                                                    TOTAL: 1