```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:
                                                           CHAPTER 13
    Neelam Taneja                                          CASE NO. 16-12356(CGM)

                Debtor(s).
---------------------------------------------------------X
Neelam Uppal,
                                                           Adv. No. 17-01027
                Plaintiff,
v.

Health Law Firm, et al.,
                Defendant.
---------------------------------------------------------X
```

### ORDER DENYING MOTION FOR REARGUMENT

Debtor's motion for reargument is denied (Dkt. No. 28).



**Dated: September 7, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**