UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

    Neelam Taneja

             Debtor(s).

CHAPTER 13
CASE NO. 16-12356(CGM)

--------------------------------------------------------X
Neelam Uppal,

             Plaintiff,

v.

Health Law Firm, et al.,

             Defendant.
--------------------------------------------------------X

Adv. No. 17-01027

## ORDER DENYING MOTION FOR REARGUMENT

Debtor's motion for reargument is denied (Dkt. No. 28).



**Dated: September 7, 2017**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**