# Notice Recipients

District/Off: 0208−1     User: gcolon     Date Created: 9/12/2017
Case: 17−01027−cgm     Form ID: pdf001     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Neelam Uppal     1370 Broadway     #504     New York, NY 10018

TOTAL: 1