UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

                                   CHAPTER 13
     Neelam Taneja                  CASE NO. 16-12356(CGM)


          Debtor(s).
--------------------------------------------------------X
Neelam Uppal,

                         Adv. No. 17-01027
               Plaintiff,
v.

Health Law Firm, et al.,
               Defendant.
--------------------------------------------------------X

**ORDER DENYING MOTION FOR REARGUMENT**


     Debtor's motion for reargument is denied (Dkt. No. 28).



**Dated: September 7, 2017**
     **Poughkeepsie, New York**

/s/ **Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Southern District of New York

Uppal,
        Plaintiff                                            Adv. Proc. No. 17-01027-cgm

Health Law Firm,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: gcolon          Page 1 of 1          Date Rcvd: Sep 12, 2017
                              Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
pla             +Neelam Uppal,   1370 Broadway,    #504,   New York, NY 10018-7302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
          George F. Indest, III   on behalf of Defendant   Health Law Firm courtfilings@thehealthlawfirm.com
                                                                          TOTAL: 1