| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Neelam Uppal<br>1370 Broadway<br>Ste 504<br>New York, N.Y - 10018<br>*Attorney for Appellant* | 2017 SEP 15 P 4:08<br>U.S. BANKRUPTCY COURT |
| **UNITED STATES BANKRUPTCY COURT** | |
| In re: Neelam Uppal/<br>Neelam Taneja<br>Healthlaw firm et al    Debtor(s). | |
| Last four digits of Social Security Number(s):<br>3845 | CHAPTER: 13<br>CASE NUMBER: 17-01027 |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER: |

## Amended NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☒ Debtor plaintiff ☐ defendant or ☐ other party

   *(specify name of party)* __Neelam Uppal__, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* __Denying Motion for Re-hearing__ entered in this adversary proceeding or other proceeding *(describe other proceeding)* _____ on the __12__ day of __September__, (year) __2017__.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

*(Continued on next page)*

Revised 05/04                                                                                           **FORM 17**

| Notice of Appeal - *Page 2* | | **FORM 17** |
|---|---|---|
| In re | | CHAPTER: |
| | Debtor(s). | CASE NUMBER: |

Dated: 9/15/17

_____
Signature *(Attorney for Appellant or Appellant if not represented by an Attorney)*

NEELAM UPPAL
Attorney Name

1370, Broadway, #504
Address
New York, N.Y - 10018
646-740-9141
Telephone Number

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Revised 05/04 **FORM 17**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
In re:

    Neelam Taneja

              Debtor(s).

CHAPTER 13
CASE NO. 16-12356(CGM)

------------------------------------------------------X
Neelam Uppal,

              Plaintiff,

v.

Health Law Firm, et al.,

              Defendant.

Adv. No. 17-01027

------------------------------------------------------X

## ORDER DENYING MOTION FOR REARGUMENT

Debtor's motion for reargument is denied (Dkt. No. 28).



Dated: September 7, 2017
      Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

| Notice of Appeal - *Page 3* | | **FORM 17** |
|---|---|---|
| In re | | CHAPTER: |
| | Debtor(s). | CASE NUMBER: |

## PROOF OF SERVICE

STATE OF New York COUNTY OF New York

1. I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On  9/16/15 , I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, ~~California~~, addressed as set forth below.

George Rudeest
Health law firm
1101 Douglas Ave
Altamonte Springs, FL-32714

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

NEECHAM UPPAL          N. uppal
**Typed Name**              **Signature**

Revised 05/04                                    **FORM 17**