UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

NEELAM UPPAL/         CASE NO.s-16-12356, 17- 01026
NEELAM TANEJA
                     17-01028, 17-01027, 17-01030CGM

ORDER TO SHOW CAUSE TO OBJECT TO HEARINGS

Now comes the above named, Debtor, Neelam Taneja/ Uppal moves to object to any further hearings and second request to recuse Judge Cecelia G. Morris from the above entitled matters.

**MEMORANDUM OF LAW**

**FRBP Rule 8008: Indicative Rulings**

1. RELIEF PENDING APPEAL. If a party files a timely motion in the bankruptcy court for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the bankruptcy court may:
    1. defer considering the motion;
    2. deny the motion; or
    3. state that the court would grant the motion if the court where the appeal is pending remands for that purpose, or state that the motion raises a substantial issue.
2. NOTICE TO THE COURT WHERE THE APPEAL IS PENDING. The movant must promptly notify the clerk of the court where the appeal is pending if the bankruptcy court states that it would grant the motion or that the motion raises a substantial issue.

. Where he has a personal bias or prejudice concerning a party.
**Wherefore**, the debtor respectfully submits that the debtor fears that your honor is prejudiced and biased against her and she will not get justice. Therefore, your honor, do not hear any further motions and recuse yourself from all the debtor's cases.

Respectfully submitted,

Date: _____                               _____
                                           Neelam Taneja, Debtor *Pro se.*

## DECLARATION

The undersigned Debtor named in the foregoing Motion to Continue Automatic Stay as to All Creditor hereby makes a solemn oah that thatements contained here are true and correct to the best of the Debtor's knowlwdge, information and belief.

Respectfully submitted,

Date: 9/13/17
_____                              Neelam Taneja,
Debtor *Pro se.*

*1370 Broadway, #504*

*NEW YORK, NY-10018*

*PH.- (646)-740-9141*