UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Adversary Proceeding No.:
                                                                    17-ap-01027-cgm
    NEELAM TANEJA,
                                                                    Chapter 13 Case No.:
        Debtor/Plaintiff,                                 16-bk-12356-cgm

vs.

    THE HEALTH LAW FIRM,
                                                                    Notice of Recording Foreign
                                                                    Judgment and Filing Lien
                                                                    Certificate
        Creditor/Defendant.
------------------------------------------------------------x


## NOTICE OF RECORDING FOREIGN JUDGMENT

## AND FILING JUDGMENT LIEN CERTIFICATE


TO:   Neelam Taneja Uppal          Neelam Taneja Uppal
       1370 Broadway #504          Post Office Box 1002
       New York, New York 10018    Largo, Florida 33779

       Neelam Taneja Uppal
       17715 Gulf Boulevard, #705
       Reddington Shores, Florida 33782


    **YOU ARE HEREBY NOTIFIED** that on August 11, 2017, a foreign judgment in the above-styled case was recorded with the Clerk of the Circuit Court of Pinellas County, Florida. Additionally, a Judgment Lien Certificate was filed on August 10, 2017, with the Florida Department of State, Division of Corporations, and assigned file number J17000439069 setting forth the following names/aliases and addresses of you, as judgment debtor:

Neelam Taneja
17715 Gulf Blvd. #705
Reddington Shores, Florida 33782

Neelam T. Uppal
Post Office Box 1002
Largo, Florida 33779

Neelam Taneja, M.D.
7352 Sawgrass Point Drive
Pinellas Park, Florida 33782

Neelam T. Taneja-Uppal, M.D.
7352 Sawgrass Point Drive
Pinellas Park, Florida 33782

Neelam Uppal Taneja, M.D.
7352 Sawgrass Point Drive
Pinellas Park, Florida 33782

Neelam Taneja Uppal, M.D.
7352 Sawgrass Point Drive
Pinellas Park, Florida 33782

Neelam T. Uppal
7352 Sawgrass Point Drive
Pinellas Park, Florida 33782

Neelam Taneja, M.D.
Post Office Box 1002
Largo, Florida 33779

Neelam T. Taneja-Uppal, M.D.
Post Office Box 1002
Largo, Florida 33779

Neelam Uppal Taneja, M.D.
Post Office Box 1002
Largo, Florida 33779

Neelam Taneja Uppal, M.D.
Post Office Box 1002
Largo, Florida 33779

Neelam T. Taneja-Uppal, M.D.
17715 Gulf Blvd. #705
Reddington Shores, Florida 33782

Neelam Taneja Uppal, M.D.
17715 Gulf Blvd. #705
Reddington Shores, Florida 33782

Neelam T. Uppal
17715 Gulf Blvd. #705
Reddington Shores, Florida 33782

Neelam Uppal Taneja, M.D.
17715 Gulf Blvd. #705
Reddington Shores, Florida 33782

The name and address of the judgment creditor is: The Health Law Firm, P.A., 1101 Douglas Avenue, Altamonte Springs, Florida 32714. The name and address of the judgment creditor's attorney is George F. Indest III, Esquire, The Health Law Firm, P.A., 1101 Douglas Avenue, Altamonte Springs, Florida 32714.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this adversary proceeding; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) her via e-mail address: nneel123@aol.com; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. certified mail, return receipt requested to her at the following addresses:

1) 1370 Broadway #504, New York, New York 10018;
2) Post Office Box 1002, Largo, Florida 33779; and
3) 17715 Gulf Boulevard, #705, Reddington Shores, Florida 33782.

on this  16th  day of January 2018.

/s/ George F. Indest III
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
(Admitted Pro Hac Vice)
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR CREDITOR,
THE HEALTH LAW FIRM, P.A.**

GFI/pa
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY\Pleadings-Drafts\Not of Recording Foreign Judgment.wpd