**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: NEELAM TANEJA,

        Debtor,

Case No.: 16-bk-12356-jlg

Chapter 13

Adversary Proceeding
No.: 17-ap-01027-jlg

## INDEX TO EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Final Judgment for Sanctions, Attorney's Fees and Costs, dated July 19, 2017, <u>Neelam Taneja v. The Health Law Firm</u>, U.S. Bk. Ct. SD NY, Case No. 17-ap-01027-cgm |
| 2. | Order of Dismissal, dated October 12, 2017, <u>Neelam T. Uppal v. George F. Indest III, et al.</u>, U.S. Dist. Ct. S.D.N.Y., Case No. 17-cv-7072 |
| 3. | Judgment, dated April 18, 2018, <u>Neelam Taneja v. The Health Law Firm</u>, U.S. Dist. Ct. S.D.N.Y., Case No. 17-cv-5618 |
| 4. | Order Dismissing Case with Prejudice Barring the Debtor from Filing a Bankruptcy Case for Two Years, dated January 11, 2018, <u>In re Neelam Taneja</u>, U.S. Bk. Ct. M.D.F.L., Case No. 8:17-bk-10140-CPM |
| 5. | Order Denying Motion for Reconsideration of Order Granting Motion to Dismiss Case with Prejudice, dated January 31, 2018, <u>In re Neelam Taneja</u>, U.S. Bk. Ct. M.D.F.L., Case No. 8:17-bk-10140-CPM |
| 6. | Proposed Order to Register Judgment |