**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

NEELAM TANEJA a/k/a NEELAM UPPAL,
                Debtor.
------------------------------------------------------------X
NEELAM TANEJA a/k/a NEELAM UPPAL,
                Debtor/Appellant,

        -against-

THE HEALTH LAW FIRM and GEORGE
INDEST,
                Creditor/Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/18

17 CIVIL 5618 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2018, the decisions of the Bankruptcy Judge are AFFIRMED and Health Law's motion for sanctions is GRANTED. Taneja is to refrain from making further frivolous filings and sanctions her in the form of a $5,000.00 fee to be paid to Appellees.

Dated:  New York, New York
         April 18, 2018

                                              RUBY J. KRAJICK
                                                 Clerk of Court
        BY:
                                                          **Deputy Clerk**

**United States District Court**
**Southern District of New York**

Ruby J. Krajick
*Clerk of Court*

Dear Litigant:

Enclosed is a copy of the judgment entered in your case. If you disagree with a judgment or final order of the district court, you may appeal to the United States Court of Appeals for the Second Circuit. To start this process, file a "Notice of Appeal" with this Court's Pro Se Intake Unit.

You must file your notice of appeal in this Court within 30 days after the judgment or order that you wish to appeal is entered on the Court's docket, or, if the United States or its officer or agency is a party, within 60 days after entry of the judgment or order. If you are unable to file your notice of appeal within the required time, you may make a motion for extension of time, but you must do so within 60 days from the date of entry of the judgment, or within 90 days if the United States or its officer or agency is a party, and you must show excusable neglect or good cause for your inability to file the notice of appeal by the deadline.

Please note that the notice of appeal is a *one-page* document containing your name, a description of the final order or judgment (or part thereof) being appealed, and the name of the court to which the appeal is taken (the Second Circuit) – *it does not* include your reasons or grounds for the appeal. Once your appeal is processed by the district court, your notice of appeal will be sent to the Court of Appeals and a Court of Appeals docket number will be assigned to your case. At that point, all further questions regarding your appeal must be directed to that court.

The filing fee for a notice of appeal is $505 payable in cash, by bank check, certified check, or money order, to "Clerk of Court, S.D.N.Y." *No personal checks are accepted*. If you are unable to pay the $505 filing fee, complete the "Motion to Proceed *in Forma Pauperis* on Appeal" form and submit it with your notice of appeal to the Pro Se Intake Unit. If the district court denies your motion to proceed *in forma pauperis* on appeal, or has certified under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, you may file a motion in the Court of Appeals for leave to appeal *in forma pauperis*, but you must do so within 30 days after service of the district court order that stated that you could not proceed *in forma pauperis* on appeal.

For additional issues regarding the time for filing a notice of appeal, see Federal Rule of Appellate Procedure 4(a). There are many other steps to beginning and proceeding with your appeal, but they are governed by the rules of the Second Circuit Court of Appeals and the Federal Rules of Appellate Procedure. For more information, visit the Second Circuit Court of Appeals website at **http://www.ca2.uscourts.gov/**.

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

THE CHARLES L. BRIEANT, JR.
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

Rev. 5/23/14

**Tina Mesibov**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, April 18, 2018 1:04 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-cv-05618-ER In Re: Neelam Taneja aka Neelam Uppal Clerk's Judgment |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/18/2018 at 1:04 PM EDT and filed on 4/18/2018
**Case Name:**    In Re: Neelam Taneja aka Neelam Uppal
**Case Number:**   1:17-cv-05618-ER
**Filer:**
**Document Number:** 68

**Docket Text:**
**CLERK'S JUDGMENT re: [67] Memorandum & Opinion in favor of The Health Law Firm, George Indest against Neelam Taneja in the amount of $5,000.00. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 16, 2018, the decisions of the Bankruptcy Judge are AFFIRMED and Health Law's motion for sanctions is GRANTED. Taneja is to refrain from making further frivolous filings and sanctions her in the form of a $5,000.00 fee to be paid to Appellees. (Signed by Clerk of Court Ruby Krajick on 04/18/2018) (Attachments: # (1) Right to Appeal)(km)**

**1:17-cv-05618-ER Notice has been electronically mailed to:**

George F. Indest    gindest@thehealthlawfirm.com, CourtFilings@TheHealthLawFirm.com

Neelam Taneja    nneelu123@aol.com

**1:17-cv-05618-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/18/2018] [FileNumber=20006547-0] [8d22faaa1765230f8af79155b1b1004a8ae1a5199b574b459c3c806766efc54abb934281cf7037fb69898692a45be386ea5cfc9b864f281076adac0d159d3292]]
**Document description:** Right to Appeal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/18/2018] [FileNumber=20006547-1] [6cd0539a35ff762b634da9c5ec2b0bb5addceac7044e47ca65cd334939a020d52ae10ab66b612639049f346ccea45d451896c2d01ec0372f8a9e35c157abb446]]