UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

       NEELAM TANEJA,

          Debtor/Plaintiff,

vs.

       THE HEALTH LAW FIRM,

          Creditor/Defendant.
-----------------------------------------------------------------x

**Adversary Proceeding No.:**
**17-ap-01027-cgm**

Chapter 13 Case No.:
16-bk-12356-cgm

**Notice of Hearing**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will call up for hearing before the

Honorable Cecelia G. Morris the following:

> Creditor/Defendants The Health Law Firm's and George Indest's
> Motion for Order to Register Final Judgment, filed June 4, 2018.
> (Doc. No. 57).

**JUDGE:**     **Honorable Cecelia G. Morris**

**DATE:**      **July 12, 2018**

**TIME:**      **9:30 a.m.**

**LOCATION:**  **United States Bankruptcy Court**
             **Courtroom 621**
             **1 Bowling Green**
             **New York, New York 10004**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed this Motion and Memorandum of
Law, along with its Index and Exhibits, with the Clerk of Court using the CM/ECF System, which
will automatically serve each party that is a registered CM/ECF user for this case;  I have also
served a complete copy on Debtor Neelam Taneja Uppal (pro se), via her e-mail address:

nneelu123@aol.com;  I have also served a complete copy on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at the following addresses:

1) 17715 Gulf Boulevard, #705, Redington Shores, Florida 33782;  and
2) Post Office Box 1002, Largo, Florida 33779;

on this ___5th___ day of June 2018.

*George F. Indest*

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
(Admitted Pro Hac Vice)
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR CREDITOR/DEFENDANT,**
**THE HEALTH LAW FIRM, P.A.**

GFI/pa
S:\Collections\1516-Uppal, Neelam, MD\006-BR NY-CLOSED\Pleadings-Drafts\Mot to Register FJ\Notice of Hearing.wpd