**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                              **Adversary Proceeding No.:**
                                                                    **17-ap-01027-cgm**

     NEELAM TANEJA,
     a/k/a NEELAM T. UPPAL,
                                                                    Chapter 13 Case No.:
         Debtor/Plaintiff,                         16-bk-12356-cgm

vs.

     THE HEALTH LAW FIRM,
                                                                    **Fifth Motion for Judicial Notice**
         Creditor/Defendant.

_____

## <u>INDEX TO EXHIBITS</u>

| **Exhibit** | **Description** |
|---|---|
| 1. | Debtor/Plaintiff Neelam Taneja Uppal's Motion for Extension of Time to File Amended Complaint dated June 13, 2018, in <u>Uppal v. Bank of America, et al.</u>, Case No. 18-cv-3085 (S.D.N.Y.) |
| 2 | Debtor/Plaintiff Neelam Taneja Uppal's 26 page "Motion for Rehearing and Rehearing en Banc," filed on June 18, 2018, in <u>Neelam Uppal v. The Health Law Firm</u>, Case No. 5D18-0671 (Fla. 5th Dist Ct. App.) |
| 3. | Debtor/Plaintiff Neelam Taneja Uppal's seven (7) page "Notice to Invoke Discretionary Jurisdiction," filed on June 20, 2018, in <u>Neelam Uppal v. The Health Law Firm</u>, Case No. 5D17-3401 (Fla. 5th Dist Ct. App.) |