UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    Neelam T. Uppal,              Case No.:18- cv-3085
        Debtor.

v.

**Bank of America, et al**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-___

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Defendant, Neelam Uppal, Pro se files a MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Against Bank of America, and all other affliated individuals, entities or corporations party to the cause of the motion and states her grounds as follows:

1. The Plaintiff got a Heart Attack and is admitted in the hospital for Heart surgery.(See Attached)

# Exhibit 1

2. Wherefore, the Plaintiff requests that the Plaintiff be given extension of time to file the amended complaint by 180 days so that she an recouperate and reschedule her appontment with NYLAG.

Respectfully submitted on this 1th day of June 2018.

*N. uppal*

**NEELAM UPPAL, Pro se.**
*PO box 1002*
*Largo, FL-33781*
*PH.- (727)-403-0022*

*E-mail- nneelu123@aol.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on 12 day of June, 2018 to:

via e-mail or U.S. mail postage prepaid to:

Ana Diaz Noa, Esquire The Noa Law Firm Co-counsel for Bank of America, N.A. P.O. Box 652112 Miami, Florida 33265 E-mail: e-service@noalawfirm.com

2. Miguel M. Cordano, Esquire John D. Bernstein, Esquire Liebler, Gonzalez & Portuondo Counsel for Bank of America N.A. Courthouse Tower - 25th Floor 44 West Flagler Street Miami, Florida 33130 E-mail: mc@lgplaw.com service@lgplaw.com 4/06/2018

**NEELAM UPPAL, PRO, SE**
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re:**

    **Neelam T. Uppal,**          Case No.:18- cv-0890
        **Debtor.**

v.

**Jefrrey Shapir**

_____ /

## ADDITIONAL EVIDENCE

Defendant, Neelam Uppal, Pro se files aADDITIONAL EVIDENCE Against Bankruptcy Judge, and all other affliated individuals, entities or corporations party to the cause of the motion and states her grounds as follows:

1. The Docket keeps changing. Now there are 5 operating reports. (Exhibit 1)

2. Judge Moriis continues to Re-open case to allow frivlous motions by creditors and then orders the debtor to pay attorney fees, even though

there is no law supporting her ations. She is a corrupt Judge who is abusing her authority to loot the debtors, especially pro se litgants, to make money for her allied lawyers. She has mental disability of dyslexia as she is applying the laws totally opposite of what it states. For example, she said, that 'the Bankrupty Judge is required to wath the interes of the Debtor', but on the contrary she is exploiting the debtor.( Exhibit 2)

3. Wherefore, the Appellant requests that she beg iven a relief of declaring her bankruptcy as discharged.

Respectfully submitted,
on this   th day of  11 / 6   2018.

_____
**NEELAM UPPAL, Pro se.**
**PO box 1002**
**Largo, FL-33781**
**PH.- (727)-403-0022**

*E-mail- nneelu123@aol.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on 12 day of June, 2018 to:

*Jeffrey Sapir*
*295 Knollwood Ave*
*White Plains, New York    via cm/ecf*

via e-mail or U.S. mail postage prepaid to:

Ana Diaz Noa, Esquire The Noa Law Firm Co-counsel for Bank of America, N.A. P.O. Box 652112 Miami, Florida 33265 E-mail: e-service@noalawfirm.com

2. Miguel M. Cordano, Esquire John D. Bernstein, Esquire Liebler, Gonzalez & Portuondo Counsel for Bank of America N.A. Courthouse Tower - 25th Floor 44 West Flagler Street Miami, Florida 33130 E-mail: mc@lgplaw.com service@lgplaw.com 4/06/2018

*N. Uppal*

**NEELAM UPPAL, PRO, SE**
*P.O BOX 1002.*
*LARGO, FL-33779*
*PH. - (727)-403-0022*
*E-mail- nneelu123@aol.com*



### 16-12356-cgm Neelam Taneja
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Cecelia G. Morris
**Date filed:** 08/15/2016 **Date of last filing:** 05/17/2018
**Debtor dismissed:** 11/22/2017

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed:* 05/17/2018 *Entered:* 05/24/2018 | Terminate Pending Deadlines |
| | *Filed:* 05/17/2018 *Entered:* 05/24/2018 | Terminate Pending Deadlines |
| | *Filed & Entered:* 05/14/2018 | Letter |
| | *Filed:* 05/11/2018 *Entered:* 05/14/2018 | Letter |
| | *Filed:* 04/16/2018 *Entered:* 04/18/2018 | Order of U.S. District Court Judge |
| | *Filed:* 04/11/2018 *Entered:* 04/23/2018 | Transcript |
| | *Filed:* 04/02/2018 *Entered:* 04/03/2018 | Letter |
| | *Filed:* 04/02/2018 *Entered:* 04/03/2018 | Letter |
| | *Filed:* 03/02/2018 *Entered:* 03/28/2018 | Transcript |
| 246 | *Filed & Entered:* 02/01/2018 | Notice of Reassignment of Chapter 13 Standing Trustee |
| | *Filed & Entered:* 01/25/2018 | Letter |
| | *Filed:* 01/22/2018 *Entered:* 01/24/2018 | Affidavit |

|     | | | |
| --- | --- | --- | --- |
|     | *Filed:*<br>*Entered:* | 12/23/2017<br>12/24/2017 | Certificate of Mailing PDF notice |
|     | *Filed &*<br>*Entered:* | 12/21/2017 | Order Re: Motion to Stay Order |
|     | *Filed &*<br>*Entered:* | 12/21/2017 | Notice |
|     | *Filed &*<br>*Entered:* | 12/14/2017 | Letter |
| 235 | *Filed &*<br>*Entered:* | 12/01/2017 | Civil Cover Sheet |
|     | *Filed &*<br>*Entered:* | 12/01/2017 | Designation of Contents (appellant) |
|     | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/01/2017<br>12/07/2017<br>12/21/2017 | Motion for Stay Pending Appeal |
|     | *Filed:*<br>*Entered:* | 12/01/2017<br>12/07/2017 | Letter |
|     | *Filed:*<br>*Entered:* | 12/01/2017<br>12/07/2017 | Notice of Change of Address of Debtor/Creditor |
|     | *Filed &*<br>*Entered:* | 11/27/2017 | Letter |
|     | *Filed:*<br>*Entered:* | 11/27/2017<br>12/01/2017 | Notice of Appeal |
|     | *Filed:*<br>*Entered:* | 11/24/2017<br>11/25/2017 | Certificate of Mailing - Order to Dismiss |
|     | *Filed &*<br>*Entered:* | 11/22/2017 | Order Re: Motion to Dismiss Case |
|     | *Filed &*<br>*Entered:* | 11/21/2017 | Order of U.S. District Court Judge |
|     | *Filed:*<br>*Entered:* | 11/13/2017<br>11/14/2017 | Notice of Appeal |
|     | *Filed:*<br>*Entered:* | 11/13/2017<br>11/16/2017 | Letter |
|     | *Filed:*<br>*Entered:* | 11/09/2017<br>11/13/2017 | Terminate Pending Deadlines |
|     | *Filed &*<br>*Entered:* | 11/07/2017 | Notice of Hearing |
|     | *Filed &*<br>*Entered:* | 11/06/2017 | Affidavit of Service |

| | *Filed & Entered:* | 10/20/2017 | Adversary Closed |
|---|---|---|---|
| | *Filed & Entered:* | 10/16/2017 | Order of U.S. District Court Judge |
| | *Filed & Entered:* | 10/16/2017 | Order of U.S. District Court Judge |
| | *Filed & Entered:* | 10/13/2017 | Notice of Change of Address of Debtor/Creditor |
| | *Filed & Entered:* | 10/12/2017 | Notice of Hearing |
| | *Filed: Entered:* | 10/10/2017 10/11/2017 | Amended/Modified Plan |
| | *Filed & Entered:* | 10/06/2017 | Add Attorney |
| | *Filed: Entered:* | 09/29/2017 10/06/2017 | Letter |
| | *Filed & Entered:* | 09/27/2017 | Add Attorney |
| | *Filed & Entered:* | 09/22/2017 | Withdrawal of Claim |
| | *Filed & Entered:* | 09/21/2017 | Adversary Closed |
| | *Filed & Entered:* | 09/20/2017 | Adversary Closed |
| | *Filed & Entered:* | 09/19/2017 | Order Re: Motion for Preliminary Injunction |
| | *Filed & Entered:* | 09/19/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 09/19/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 09/19/2017 | Order Re: Motion to Stay Order |
| | *Filed & Entered:* | 09/15/2017 | Terminate Attorney |
| | *Filed & Entered:* | 09/15/2017 | Notice of Appeal |
| 211 | *Filed: Entered:* | 09/15/2017 09/19/2017 | Notice of Adjournment of Hearing |
| 212 | *Filed: Entered:* | 09/15/2017 09/19/2017 | Notice of Adjournment of Hearing |

| | | | |
|---|---|---|---|
| 213 | *Filed:* | 09/15/2017 | Notice of Adjournment of Hearing |
| | *Entered:* | 09/19/2017 | |
| | *Filed & Entered:* | 09/14/2017 | Order Re: Motion to Confirm Termination or Absence of Stay |
| | *Filed & Entered:* | 09/14/2017 | Notice of Withdrawal |
| 208 | *Filed:* | 09/14/2017 | Notice of Adjournment of Hearing |
| | *Entered:* | 09/15/2017 | |
| 209 | *Filed:* | 09/14/2017 | Notice of Adjournment of Hearing |
| | *Entered:* | 09/15/2017 | |
| | *Filed & Entered:* | 09/13/2017 | Motion for Stay Pending Appeal |
| | *Terminated:* | 09/19/2017 | |
| | *Filed:* | 09/13/2017 | Letter |
| | *Entered:* | 09/19/2017 | |
| | *Filed & Entered:* | 09/12/2017 | So Ordered Stipulation |
| | *Filed:* | 09/08/2017 | Motion for Objection to Claims |
| | *Entered:* | 09/13/2017 | |
| | *Terminated:* | 09/19/2017 | |
| | *Filed:* | 09/08/2017 | Motion for Objection to Claims |
| | *Entered:* | 09/13/2017 | |
| | *Terminated:* | 09/19/2017 | |
| | *Filed:* | 09/08/2017 | Declaration |
| | *Entered:* | 09/13/2017 | |
| | *Filed:* | 09/08/2017 | Motion for Preliminary Injunction |
| | *Entered:* | 09/13/2017 | |
| | *Terminated:* | 09/19/2017 | |
| | *Filed:* | 09/02/2017 | Certificate of Mailing - Ntc Of Transmittal Of ROA To USDC SDNY |
| | *Entered:* | 09/03/2017 | |
| | *Filed & Entered:* | 09/01/2017 | Application for Pro Hac Vice Admission |
| | *Filed & Entered:* | 08/31/2017 | Order Terminating Loss Mitigation and Final Report - No agreement reached |
| | *Filed & Entered:* | 08/31/2017 | Notice, Transmittal of Record Of Appeal To USDC SDNY (BNC) |
| 192 | *Filed & Entered:* | 08/30/2017 | Civil Cover Sheet |
| | *Filed:* | 08/28/2017 | Notice of Appeal |
| | *Entered:* | 08/31/2017 | |

|  | | | |
|---|---|---|---|
|  | *Filed:* *Entered:* | 08/25/2017 08/26/2017 | Certificate of Mailing - Blank Notice |
|  | *Filed:* *Entered:* | 08/24/2017 09/01/2017 | Terminate Pending Deadlines |
|  | *Filed:* *Entered:* | 08/24/2017 09/01/2017 | Terminate Pending Deadlines |
|  | *Filed:* *Entered:* | 08/24/2017 09/12/2017 | Terminate Pending Deadlines |
| 199 | *Filed:* *Entered:* | 08/24/2017 09/08/2017 | Notice of Adjournment of Hearing |
|  | *Filed:* *Entered:* | 08/23/2017 08/24/2017 | Motion to Vacate |
|  | *Filed & Entered:* | 08/22/2017 | Blank Notice |
|  | *Filed:* *Entered:* | 08/21/2017 08/31/2017 | Affidavit |
|  | *Filed & Entered:* | 08/18/2017 | Reply to Motion |
|  | *Filed & Entered:* | 08/18/2017 | Memorandum of Law |
|  | *Filed:* *Entered:* | 08/14/2017 08/15/2017 | Response |
|  | *Filed:* *Entered:* | 08/12/2017 08/13/2017 | Certificate of Mailing - Blank Notice |
|  | *Filed:* *Entered:* | 08/12/2017 08/13/2017 | Certificate of Mailing - Blank Notice |
|  | *Filed:* *Entered:* | 08/12/2017 08/13/2017 | Certificate of Mailing PDF notice |
|  | *Filed & Entered:* | 08/10/2017 | Blank Notice |
|  | *Filed & Entered:* | 08/10/2017 | Blank Notice |
|  | *Filed & Entered:* | 08/10/2017 | Scheduling Order |
|  | *Filed:* *Entered:* | 08/09/2017 08/10/2017 | Opposition |
|  | *Filed & Entered:* | 08/03/2017 | Objection |
|  | *Filed & Entered:* | 07/28/2017 | Motion to Confirm Termination or Absence of Stay |

| | | | |
|---|---|---|---|
| | *Terminated:* | 09/14/2017 | |
| | *Filed & Entered:* | 07/21/2017 | Adversary Closed |
| | *Filed: Entered:* | 07/21/2017 07/24/2017 | Designation of Contents (appellant) |
| | *Filed: Entered:* | 07/20/2017 07/25/2017 | Loss Mitigation Request |
| | *Filed: Entered:* | 07/20/2017 07/25/2017 | Motion to Extend Time |
| 172 | *Filed: Entered:* | 07/13/2017 07/17/2017 | Notice of Adjournment of Hearing |
| 173 | *Filed: Entered:* | 07/13/2017 07/17/2017 | Notice of Adjournment of Hearing |
| | *Filed & Entered:* | 07/12/2017 | Operating Report |
| | *Filed & Entered:* | 07/10/2017 | Operating Report |
| | *Filed & Entered:* | 07/10/2017 | Operating Report |
| | *Filed & Entered:* | 07/10/2017 | Operating Report |
| | *Filed & Entered:* | 07/10/2017 | Operating Report |
| | *Filed & Entered:* | 07/10/2017 | Opposition |
| | *Filed: Entered:* | 06/29/2017 06/30/2017 | Notice of Appeal |
| | *Filed & Entered:* | 06/06/2017 | Order Re: Motion for Relief from Stay |
| | *Filed & Entered:* | 06/05/2017 | Adversary Closed |
| | *Filed & Entered: Terminated:* | 06/02/2017 11/22/2017 | Motion, Dismiss Case |
| | *Filed: Entered:* | 06/01/2017 06/05/2017 | Terminate Pending Deadlines |
| 164 | *Filed: Entered:* | 06/01/2017 06/06/2017 | Notice of Adjournment of Hearing |
| | *Filed & Entered:* | 05/31/2017 | Status Report |

*Please see* [handwritten annotation bracketing the Operating Report entries]

| | | | |
|---|---|---|---|
| | *Filed & Entered:* | 05/27/2017 | Motion to Authorize |
| | *Terminated:* | 05/31/2017 | |
| | *Filed & Entered:* | 05/24/2017 | Order Terminating Loss Mitigation And Final Report Other |
| 157 | *Filed & Entered:* | 05/18/2017 | Notice (GENERIC) |
| | *Filed & Entered:* | 05/18/2017 | Status Report |
| | *Filed:* | 05/04/2017 | Certificate of Mailing - Order Re: Chapter 13 Case |
| | *Entered:* | 05/05/2017 | |
| | *Filed & Entered:* | 05/02/2017 | Order, Directing Future Filing Procedures (Chapter 13) |
| | *Filed & Entered:* | 05/02/2017 | Letter |
| | *Filed & Entered:* | 04/25/2017 | Status Report |
| | *Filed & Entered:* | 04/25/2017 | Opposition |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed & Entered:* | 04/24/2017 | Order Re: Motion for Objection to Claims |
| | *Filed:* | 03/31/2017 | Transcript |
| | *Entered:* | 04/03/2017 | |
| | *Filed:* | 03/31/2017 | Transcript |
| | *Entered:* | 04/03/2017 | |
| | *Filed:* | 03/31/2017 | Transcript |

|     |                       |            |                                              |
| --- | --------------------- | ---------- | -------------------------------------------- |
|     | *Entered:*            | 04/04/2017 |                                              |
|     | *Filed:*              | 03/31/2017 | Transcript                                   |
|     | *Entered:*            | 04/04/2017 |                                              |
|     | *Filed:*              | 03/31/2017 | Transcript                                   |
|     | *Entered:*            | 04/04/2017 |                                              |
|     | *Filed & Entered:*    | 03/21/2017 | Status Report                                |
|     | *Filed & Entered:*    | 03/21/2017 | Status Report                                |
|     | *Filed & Entered:*    | 03/20/2017 | Motion for Summary Judgment                  |
|     | *Terminated:*         | 03/21/2017 |                                              |
|     | *Filed:*              | 03/18/2017 | Certificate of Mailing - Blank Notice        |
|     | *Entered:*            | 03/19/2017 |                                              |
|     | *Filed:*              | 03/18/2017 | Certificate of Mailing PDF notice            |
|     | *Entered:*            | 03/19/2017 |                                              |
|     | *Filed & Entered:*    | 03/16/2017 | Order Re: Application for Pro Hac Vice       |
|     | *Filed & Entered:*    | 03/16/2017 | Memorandum Endorsed Order                    |
|     | *Filed & Entered:*    | 03/16/2017 | Notice                                       |
| 139 | *Filed & Entered:*    | 03/16/2017 | Blank Notice                                 |
|     | *Filed & Entered:*    | 03/16/2017 | Blank Notice                                 |
|     | *Filed:*              | 03/15/2017 | Certificate of Mailing - Blank Notice        |
|     | *Entered:*            | 03/16/2017 |                                              |
|     | *Filed & Entered:*    | 03/13/2017 | Auto- docket of credit card                  |
|     | *Filed & Entered:*    | 03/13/2017 | Blank Notice                                 |
|     | *Filed & Entered:*    | 03/13/2017 | Application for Pro Hac Vice Admission       |
|     | *Terminated:*         | 03/16/2017 |                                              |
|     | *Filed & Entered:*    | 03/13/2017 | Status Report                                |
|     | *Filed & Entered:*    | 03/10/2017 | Affidavit                                    |

"2"

G. Barry Wilkinson, P.A.
Attorney for Defendants
P.O. Box 8102
Madeira Beach, FL 33738-8102
T: (727) 823-1514
F: (727) 823-0328

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

|  |  |
|---|---|
| IN RE: NEELAM TANEJA, A/K/A NEELAM T. UPPAL, Debtor, | Case No. 16-12356-cgm |
| Neelam Uppal, Plaintiff, v. Charlene Rodriguez, Barry Wilkinson, and G. Barry Wilkinson, P.A., f/k/a Wilkinson & Sadorf, P.A., Defendants. | Adversary No. 17-01026-cgm |

## ORDER TO REGISTER JUDGMENT

Before the court is Creditors' motion to register judgment. The Court now rules on this motion. Creditors, in their motion to register judgment, urge this court to do so under 28 U.S.C. § 1963, arguing that there has been "good cause" shown to support such a decision. 28 U.S.C. § 1963 provides in relevant part:

> § 1963. Registration of judgments for enforcement in other districts. A judgment in an action for the recovery of money or property entered in any * * * bankruptcy court, * * * may be registered by filing a certified copy of the judgment in any other district * * * when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. * * * A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

Page -1-

Uppal has appealed the above described Final Judgment, and that appeal is not yet final. See U.S. District Court, Southern District of New York (Foley Square) *In Re Neelam Uppal, Uppal v. Rodriguez and Wilkinson*, Case 1:17-cv-08510-VSB.

In support of the Creditors' position that good cause exists in this case for entry of an order to register the Final Judgment in a foreign district, the Creditors note that: (a) Uppal has no identifiable assets in the State of New York; (b) Uppal may have assets in other districts, specifically in the State of Florida; (c) Creditors believe that such assets may be concealed or transferred if prompt registration of the judgment is not permitted; and (d) Uppal has failed to post a supersedes bond pending appeal of this Court's entry of the Final Judgment in this adversary action, even though Uppal filed her Emergency Motion for Stay and Injunctive Relief [Doc 75] on December 26, 2017.

The court finds such a showing satisfies the good cause requirement of § 1963. The Court is authorized to determine whether good cause has been shown for registration of a Final Judgment in a foreign jurisdiction while an appeal of the Final Judgment remains pending. See *Chicago Down Ass'n v. Chase*, 944 F. 2d 366, 372 (7th Cir. 1991) ("good cause" existed where defendant owned no property in district of judgment, defendant owned property in other districts, plaintiff feared that defendant might transfer or conceal such property, and defendant failed to post a supersedes bond); and *Johns v. Rozet*, 143 F.R.D. 11, 12 (D.D.C. 1992) (same); *Associated Business Telephone Sys. Corp. V. Greater Capital Corp*, 128 F.R.D. 63, 68 (D.N.J. 1989) ("good cause" shown where defendant had no assets in district of judgment but did have assets in other districts).

The court finds the Final Judgment is currently on appeal, and Uppal has not filed a supercedes bond to stay enforecment of the Final Judgment. In *Occidental Fire & Casualty*

*Company of North Carolina v. Great Plains Capital Corp., et al*, 912 F.Supp. 515, 519 (S.D. Florida 1995), the court determined the final judgment could not be registered in a foreign district until the final judgment had become final by appeal or until Arizona court had ordered registration for good cause shown, ruling that the registration case had been prematurely filed.

**THE COURT GRANTS CREDITORS' MOTION TO REGISTER FINAL JDUGMENT.**

**THE COURT FURTHER GRANTS** Creditors' motion for an award of costs and fees reasonably incurred to obtain this order, and retains jurisdiction to consider the amount thereof.



**Dated: June 4, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**


