LAW OFFICE OF COLIN M. LINSENMAN
43 West 43rd St., Suite 62
New York, NY 10036
T: (917) 979-3537
F: (917) 979-2137
*Attorney for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| NEELAM TANEJA<br>  A/K/A NEELAM T. UPPAL | : | Case No. 16-12356-cgm |
| Debtor. | : | |
| Neelam Taneja,<br>a/k/a Neelam Uppal, | : | |
| Plaintiff/Debtor, | : | Adversary No. 17-ap-01027-cgm |
| v. | : | |
| The Health Law Firm,<br>George F. Indest III, | : | |
| Defendants/Creditor. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the Law Office of Colin M. Linsenman, Esq. hereby appears in the above-captioned action pursuant to Fed. R. Bankr. P. 9010(b) as counsel to The Health Law Firm and George Indest (herein "Defendants").

Defendants submits this Notice of Appearance with a full and complete reservation of all of their rights and defenses

Dated: New York, New York

July 12, 2018

                                        LAW OFFICE OF COLIN M. LINSENMAN
                                        Attorney for the Defendants

By:    /s/ Colin M. Linsenman
         COLIN M. LINSENMAN
         43 W. 43rd St., Suite 62
         New York, NY 10036
         (917) 979-3537